# EXHIBIT 2

DEC-18-2013  17:05        ROA CI CIRCUIT COURT                         540 853 1024    P.01/04

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF ROANOKE

CIRCUIT COURT
Received & Filed
DEC 18 2013
By _____
Deputy Clerk
CITY OF ROANOKE

ALIM ABDURAHMAN,
JOHN ABEL,
LENA ABEL,
MONICA ADAIR ARGENT,
TAMARA ADAMS,
BRANDON ADAMS,
ASHRAS AHMADI,
WADHAH AL-HADDAD,
CLAUDIA ALLEN,
PAUL ALLEN,
JAMES ALLER,
PEGGY ALLER,
JIANPING ALLOCCA,
NICOLE ALVARADO
GREGORY AMODEO,
ROBERT ANDERSON,

SHERRY ANDERSON,
DENNIS ANDREW,
LINDA G. ANDREWS,
TINA ANTLEY,
PAULINE APISITPAISAN,
GAURAV ARORA,
RAMON ARROYO,
JAMES E. ASHLEY, JR.,
BAKAL ASRAT,
ELIZABETH AVALAAN,
CHERYL AYCOCK,
JOANN K. BACHNER,
SHANNON BAILESS,
CHRISTOPHER BAILEY,
ANDY BAKER,
BRIAN BAKER,
CAROL BAKER,
GEORGE BAKER,
SUSAN BALLARD,
DAVID BALMER,
JEFF BARBER,
SCOTT BARNITT,
LINDA BARR,
EMMETT BATTEN,
SAMANTHA BEARD CURRY,
BRIAN BECKER,
ROY BECKER,
TONYA BECKER,
JOHN BECKNER, JR.,
GINA BEEBE,
KENNETH BELL,
ROBERT BELL,
PAMELA BELL

— COMPLAINT—

CL 1300 2680

FILED PURSUANT
TO VIRGINIA MULTIPLE
CLAIMANT LITIGATION ACT
VA. CODE §8.01-267.1

WHITNEY BENSON,
RAYMOND J. BERNERO,
JOHN BESSERER,
COLONEL BILLINGSLEY,
DANA BISHOP,
MICHAEL BIZIK,
THOMAS BJERS,
PETER BOMBIK,
SHARON BONNEAU,
VIRGINIA BONNELL,
ZESTANN BOOKER,
STEPHANIE BORN-NEWTON,
JORDAN BOSCH,
SHIRLEY BOURNE,
CARROL E. BOWEN,
JOSEPH BOWE,
JANICE BOWLES,
JEAN BOWMAN,
GRAY BOYCE,
RPBERT BRABO, II,
CHERYL A. BRADFORD,
MARIE BRADLEY,
OLIVIA BRADY,
PHYLLIS BRANCH,
NICOLE BRANDON,
JOHNNY W. BRANSON,
ELLIOTT ANDREW BRAY,
EDMUND P. BREITLING,
MARY ANN BRENDEL,
MICHELLE BRINDLE,
RICHARD BRINDLE,
STEVE BRINGHURST,
MELANIE BRINK,

EDWINA D. BRITT-CRABLE,
DANA BROADWAY,
BARBARA BROWN,
CHRISTINA L. BROWN,
DELORES BROWN,
JAMES A. BROWN,
MATTHEW BROWN,
MELANIE BROWN,
MELISSA BROWN,
NICOLE BROWN,
TONY BROWN,
PATRICK D. BRYAN,
BRIANNE BRYANT,
THOMAS J. BULLOCK,
BEVERLY W. BURKE,
JOYCE BURKE,
RICHARD BURKE,
MICHAEL BURNAM,
JOHN M. BURNETT,
DARLENE BURTON,
GRACE M. BUTLER,
SUZETTE BYRD,
JOSEPH CALABRETTA,
JAMES CALLIS,
CLARE CAMPBELL,
DOROTHY CAMPBELL,
SETH CAMPBELL,
STEVEN CAMPBELL,
WHITNEY CAMPBELL,
JOYCE CANTRELL,
PAUL CAPOZZOLI,
PHYLLIS CARIMI,
DALE F. CARLEO,
DENNIS CARLSON,
MARK CARLTON,
JAMES CARNEAL,
MICHAEL CARPENTER,
JOSE CARRASQUILLO,
LINDA CARY,
LEON CARY,
JEFFREY CASH,
ILONA CASTRO,
ROBERTO CASTRO,
WILLIAM CAVENDER,
JENNY CAVENDER,
SHANNON CHAIN,
DILIP CHAKRABORTY,
BAISHAKHY CHAKRABORTY,
ROGER CHELSEA,
PETER CHIAMARDAS,
MICHAEL CHRISTOPHER,
CHERENE CIMBALIST,
BENJAMIN CLARK,

DANIEL K. CLARK,
ELIZABETH CLARK,
LARRY CLEMENTS,
ROBBIN CLEMENTS,
KENDALL S. CLOETER,
JEREMY COBB,
QUEEN B. COBBS,
GARY COCUZZI,
JACK VICTOR COHEN,
JULIEANNA COLEMAN,
CLINTON COLLINS,
AMON R. COLLINS, JR.,
COLLIN CONNORS,
HAROLD CONNORS,
LOLANDA COOPER ,
SHARON COOPER,
EILEEN CORBIN,
MICHAEL CORCORAN,
KRISTEN CORLEW,
GARY COVERSTON,
MARINA M. COX,
MOSES COX,
TAMMY COX,
JUSTIN CRONIN,
JILL CROWDER,
BELINDA CUBBAGE,
KELSEY CUBBAGE,
BESSIE CUFFEE,
DAN CUOMO,
BRENDA CURTIS,
ELVIS CYPRIANO,
STEPHANIE DAENZER,
RICHARD L. DAMEWOOD,
JON DANCE,
WILLIAM DANIEL,
BROOKE DAVIES,
ANGELA DAVIS,
JODY W. DAVIS,
MATTHEW DAVIS,
JASON DAWSON,
LAURIE DAWSON,
NELSON DAWSON,
PAUL DAWSON,
DESIREE DEAN,
ANTWAIN DEBERRY,
BLAIR DEEM,
JENNIFER DEGRAFF,
WILLIAM DEJOHN,
JOE DELGADO,
TOM DELPOZZO,
ANTHONY DEPAUL, JR.,
MICHAEL DESOUTO,
STACY DOBSON,

DAVID DOBSON,
SONYA DODSON,
DAVID DODSWORTH,
MASON DOERMANN,
YVONNE DOVER,
MINNIE DUNFORD,
SANDRA K. DUNTON,
CHRIS C. DUTTON,
DEBORAH EDGEFIELD,
PAMELA EDWARDS,
KASEY EIKE,
MIRIAH EISENMAN,
KATHY ELDRETH,
TIMOTHY ELLIOTT,
THOMAS ENGLISH,
KEITH EPPS,
CINDY FABER,
MASE FABER,
LUIS FALCON,
JOHN FARMER,
BRANDON FARRELL,
CHRIS D. FERGUSON,
FARANDA FERGUSON,
WANDA FERGUSON,
JUNE FERRARA,
MICHAEL FERTICH,
JAMES FICKLE,
SHIRLEY FICKLE,
JOSELYN FIELDS,
JODI FILIPEK,
BEVERLY FINTCH,
JENNIFER FLEURET,
SUSAN FOFI,
RANDALL FOFI,
LAURI FOUTZ,
TIMOTHY FOUTZ,
KATHLEEN FOWLER,
THOMAS ROBERT FRANCO,
GREG FRANK,
JOHN FRANKLIN,
RONALD FRASIER,
CATHLEEN FREIBURGER,
SHARON FRITH,
MICHAEL FRUITMAN,
ALICIA FUSCO,
ADLYN FUTRELL,
DOUGLAS FUTRELL,
GUILLERMO GALARZA,
ANTHONY GALLARDY,
IVAN GALLOWAY, JR.,
PETER GARTNER,
CYNTHIA GASTLEY,
SHEILA GAY,

JESSICA S. GEARHART,
JOHN WILLIAM GENTRY,
MARK GEORGE,
JOHN GILBERT,
DANIELLE KAY GILLELAND,
ANGELA GIONIS,
JACQUELINE GIOVANNELLI,
ADAM G. GOLDSMITH,
RICHARD GOULD,
TAMMY B. GRAHAM,
RAY GRAHAM,
CARRINE GRAHAM,
CHERYL GRAHAM,
ADAM GRAYBERG,
KAMERON GRAY-HAROLD,
LISA D. GREEN,
AYNDRIA GREEN,
THOMAS GRIECO,
ROBERT GRIMES,
DAVID GROSS,
JOE GROSS,
JESSICA GROVES,
MICHAEL GUILLAUME,
MEGAN GUILLAUME,
KELLI GUNTER,
LAUREN HAGY,
RICHARD HALL,
DOROTHY HALPIN,
PETE HALSETH,
DAVID HAMMOND,
RICHARD HAMNER,
STACY HARDY,
JIM HARNEY,
TERESA R. HAROLD,
AQUISI HARRIS,
ASHLEY HARRIS,
CHAD HARRIS,
ERVIN M. HARRIS,
MARY HARRIS,
WILLIAM HARRIS,
BRIANNA HARRISON,
PATRICIA S. HARRISON,
SHARON HARRISON,
JESSE HATHAWAY,
CLAUDIA HAVEKOST,
DAVID HAYNES,
LESLIE HEARN,
KATHLEEN HEDRICK,
ADAM HEIDEL,
TINY L. HENLEY,
AMBER HERNANDEZ,
ZACHACY HERRERA,
F. DALE HERRON,

TARENNE HERRON,
JENNIFER HESTER,
DEBBIE HETTERLY,
AMANDA HILL,
RONALD HILL,
CHRIS HILLAND,
VERON HINES,
SHIRLEY B. HINES,
VERNON HINSON,
TIMOTHY HINSON,
HEATHER HOBACK,
BRITTANY HOBAN,
DOMINGA HOBBS,
MARY HODGES,
CHRISTOPHER HOEHN,
JERRY HOLLEY,
KEISHA HOLLOWAY,
BRENDA HOLMES,
JAMES HOLMES, III,
TIMOTHY HOLROYD,
CHAD HOLSTON,
CHARLES HOOFNAGLE,
CANDI HOOVER,
CHARLIE HOPKINS,
MARCIA HORSTMAN,
RICHARD HOSKINS,
CODY HOWARD,
JESSICA HOWARD,
MAX HUBAND,
AUDREY HUBAND,
SUZANNE HUBBARD,
JOHN HUBBARD,
DAVID HUBER,
TEDDY HUDDLESTON,
AMY HUDSON,
HUBERT HUGHES,
DENNY HUNCHES,
LINNIE HUPE,
SHERRY HUTCHINS,
DEBORAH G. JACKSON,
MITCHELL JACKSON,
STANLEY JACKSON, SR.,
TRACY JACKSON,
JASON JAFFEUX,
BRUCE JAMES,
SALLY JAMES,
SANDY JAMES,
WALTER JEFFRIES, SR.,
RANDALL JNBAPTISTE,
EBORAH L. JOHNSON,
AUSTIN JOHNSON,
DAVID W. JOHNSON,
BILLY JONES,

CHARLIE JONES,
CHRISTINA JONES,
JOHN K. JONES,
PEYTON P.JONES,
WILBUR JONES,
PHILIP R. JUDSON,
NANCY JUNGERSON,
KENNETH JUNGERSON,
JENIFER JUSTICE,
TINA KADAS,
DAVID KADAS,
GREGORY KASHIN,
SRINIVAS KATEPALLI,
WILLIAM L. KEE,
VICTOR G. KEHLER,
TERESA L. KELLER,
SEAN KELLER,
VERONICA KELLY,
CHRISTOPHER KELLY,
NONA KELLY,
PATRICK KEOUGH,
MEE RAN KIM,
CARLTON KINARD,
DORIS E. KING,
KARL KING,
JOHN KIRBY,
VERNON KIRBY,
DIANA KITE,
EDWARD KIZER,
PATSY KIZER,
JOHN KNIGHT,
ANN KORKOLIS,
FRED KRAUER, JR.,
KIRSTEN KRAUER,
JEAN KUESTER,
KATHRYN KUYKENDOLL,
DANIEL KWITCHEN,
CHIN KWON,
JEANETTE LAMB,
DENNIS LAMB,
KAREN LAMB,
JAMES LAMBERT,
STEPHANIE LAMM,
KATHY LAMPERT,
ANDREW W. LANDER,
CODY LAUGHINGHOUSE,
DAVID LEATHERMAN,
BLAIRE S. LEE,
KENNETH LEE,
JENNIFER LEEMAN,
RONALD LEEMAN,
JERRY LERMAN,
CALVIN LEWIS,

HAYES LEWIS,
REGINA A. LEWIS,
ROY W. LEWIS,
KAREN LILLEY,
STEPHEN LILLEY,
LYLE LINDBERG,
ASHLEY LIPPOLIS-AVILES,
BILLY LLEWELLYN,
WILLIAM LOHMANN, JR.,
ROBIN LOVETT,
DAVID W. LOVING,
KEN LU,
MICHELE J. LUIS,
MELINDA LUMPKIN,
DIRK LYNCH,
GINGER LYNCH,
PATRICIA LYONS,
WILLIAM LYONS,
DINNE MACDONALD,
DWAYNE MADDOX,
SORAYA MAINS,
MELISSA MALONE,
THOMAS MALONE,
REGINA MANNING,
TERRANCE MANNING,
KIRAN MANTRALA,
ANDREA MARCHESE,
STANLEY MARCUS,
STEVE MARKOVITS,
KENNETH MARTIN,
RACHEL MARTIN,
REYNALDO MARTINEZ,
RALPH MARTINI,
CLETIOUS T. MASHBURN,
LAUREN MATSKO,
SHAWNA MATTOCKS,
LEO MAYNES,
PENNY MCCENEY,
STELLA MCCLAIN,
WILLIAM MCCLELLAN,
ROBERT MCCLELLAND,
SUSAN MCCLELLAND,
SUSAN MCFADDEN,
RICHARD MCGRUDER,
VICTORIA MCGRUDER,
DONALD MCINTIRE,
ANNE MCKENNA,
RACHEL MCKENZIE,
KENNETH MCKINNEY,
TERESA MCLAWHORN,
DAVID MEADOWS,
TOMMY MEDLEY,
RITA MEDLEY,

ROBERT MEEKER,
MICHAEL MEISTER,
KAREN MELLER,
CARMEN C. MERCADO,
ROBERT E. MICKLE,
EDMEE MIGUEZ-GERSTLE,
MICHAEL E. MILLER,
LISA MILLFORD,
MICHAEL MINTZ,
MARY MITCHELL,
MICHELLE MONROE,
CHRIS MOONEY,
GARY MOORE,
KAREN MOORE,
MELODY MORRIS,
SUZANNE S. MOWBRAY,
RAYMOND MUELLER,
PATRICK MULHERN,
DAVID MULLIGAN,
LAURENCE MULLIGAN,
MARY MULLIGAN,
BILLIE MUTTER,
MELISSA MUTTER,
KEVIN NEWSOME,
REVERDY NICHOLSON,
SUSAN NOON,
SARAH NOVAK,
RACHEL NOVERSA,
TODD NUNNALLY,
JONATHON O'BRIEN,
DARLENE O'DONNELL,
JAMES O'DONNELL,
PAUL O'KEEFE,
TIMOTHY O'MARA,
CAROLYN O'NEILL,
PAUL J. O'ROURKE,
BRIAN OSBORNE,
SARAH OSINSKI,
MALCOLM O'SULLIVAN,
JESSICA OUTER,
HERBERT C. OVERSTREET,
CANDACE OWENS,
CHRISTOPHER PALAZIO,
LYNETTE PALMER-FORD,
ASHLEY D. PANNELL,
MATTHEW PARK,
TERRI PARKER,
MICAH PARMAN,
PRADIP PATEL,
BHAGVATI PATEL,
MUKESH PATEL,
SHREYA PATIL,
JOHN PATTIE,

JAMES PEARSALL, JR.,
DONNA PEARSON,
OREST PELECH,
CHRIS PENA,
ROY M. PENNINGTON, III,
THOMAS PEPE,
MARK PERRY,
KAREN PETERS,
JOHN PETERSON,
MARK PETERSON,
REBECCA PETRELLA,
SUSAN PETRIE,
ROBERT PETRUSKA,
CLAUDE PETTYJOHN,
CARL PIERCE,
JANET PIETROVITO,
DEBRA PINES,
LINDSEY POLI,
ANGELA POLINKO,
CARLTON POLLARD,
DAVID POORE, III,
ANTON POPOV,
LINDA M. PRATT,
JASON PRICE,
ROBERT PUAKEA,
SARA PULLEN,
SARHAN QURAISHI,
JAMES RADCLIFFE,
MELISSA RADCLIFFE,
SCOTT RAMSEY,
JACQUELINE RANDOLPH,
MICHAEL RANGER,
NANCY RANSOME,
SHERI REESE,
SHELLIE RENZ,
MATTHEW D. REVELLE,
STEPHEN RIBBLE,
LARRY RICE,
ANITA RICE,
RICHARD RICHARDSON,
CARI RICHARDSON,
MICHAEL RICHEY,
SARAH RICHEY,
MARVIN RIDDICK,
DANNY RIDDLE,
JENNIFER RIGGER,
WAYNE RILEY,
TAMRIA S. RISHER,
DANIEL ROBERTS,
MARY ROBERTS,
SUSAN ROBERTS,
GAYE ROBERTSON,
SKYLER ROBEY,

ANNIE ROBINSON,
ANTONIO ROBINSON,
KEVIN ROBINSON,
PAMELA ROBINSON,
ROCKY ROCKBURN,
DARYL ROOTS,
COLETTE ROOTS,
GREGG ROSENBERG,
ERIC ROTHMAN,
BRIAN ROWE,
VIRGINIA A. ROWEN,
JULIET ROWLAND,
PAUL ROY,
RONALD RUCKER,
ROBERT RUFFNER,
JILL RUFFNER,
DAVID RUFFNER, JR.,
KRISTYN RUZICKA,
JENNIFER RYAN,
STEPHEN RYAN,
JOSEPH SALAZAR,
RACIN SAM,
GEORGE SANCHEZ,
BONNIE SANDAHL,
GARY SARKOZI,
JEFF SAUNDERS,
JEANNETTE SCHAAR,
AILEEN L. SCHMIDT,
EDWARD SCHNITTGER,
LINDA RUTH SCOTT,
GWEN SEAL,
AMY SEAY,
ANTHONY SELB,
DELMAR N. SELDEN,
LYNN SETTLE,
RICHARD SEYMANN,
SHARON SGAVICCHIO,
SHA'NESHA SHARPE,
ROBERT L. SHELLHOUSE,
GARY SHELOR,
STEPHANIE SHELOR,
BRENDA SHIFFLETT,
MICHELLE SHIFFLETT,
NINA SIBERT,
DAVID SILVERNALE,
JESSICA SIMONS,
MARY SINGHAS,
RANDALL SINGHAS,
DONALD SKINNER,
RICHARD E. SMITH,
SUZANNE SMITH,
CYNTHIA L. SNYDER,
MANDY SNYDER,

HOWARD SNYKER,
WESLEY SONGER,
JOHN SORESE,
RAYMOND M. SOUZA,
SHELLIE S. SPADARO,
TONY L. SPARKS,
LINDA SPRADLIN,
SUSAN STANDRIDGE,
NANETTE STANLEY,
JONATHAN STARKS,
EUGENIA STARNES,
REBECCA STECK,
GARY STECK,
ANDREW STEELEY,
SARA STEVENS,
CAROLYN RENEE STEVENS,
SASHA STITT,
TIM STOESSEL,
CHEVON D. STOKES,
EDWARD STOKES,
NATHAN STONE,
YOLANDA SULLIVAN,
DENNIS SUMLIN,
JOHNNIE SUMLIN,
JOHN SUTOR,
WANDA SUTPHIN,
STELLA TANG,
ANDREW TAYLOR,
ANN TAYLOR,
KIMBERLY TAYLOR,
FREDDY TELLERIA,
MATTHEW TENGS,
JOHN THACKER,
CANDACE TILLAGE,
CHRISTOPHER TOKAR,
SUSIE TORTOLANI,
MARY TRAINOR,
ADELINE TROTTER,
PEGGY TSACLAS,
RUFUS TUNSTALL,
JAMES TURNER,
ROBERT TURNER,
LUCILLE TYLER,
TRAVIS TYSINGER,
JOHN TYSON,
CYNTHIA UTLEY,
CARRIE VAN HOOK,
DENISE VANGELOS,
MILCA VARGAS,
ROBERT VARNER,
MARY VAUGHAN,
ROBENA D. VAUGHAN,
KELLY VERHAM,

KIMBERLY VEST,
CAROL VIERGUTZ,
MARY ANN VILLIES,
WALLACE VINGELIS,
MARVIN WADE,
SANDRA WADE,
SCOTT WAGGONER,
TERESA WAGGONER,
MAGI WAGNER,
JANE WALLACE,
STACY WALLER,
SHERYL WALTERS,
GARY WALTON,
KIMBERLY WARD,
CATHERINE WATERS,
BERNARD WATTS,
SCOTT WEBB,
MICHAEL WEBB,
MELISSA WEBSTER,
SHARON WELLS,
STEPHANY G. WHIPPLE,
SARAH WHITLOCK,
ROBERT T. WIENER,
CHRISTOPHER M. WILCHER,
DAVID WILD,
CHRISTINA WILLIAMS,
GINER WILLIAMS,
GEORGE WILLIAMS,
DAGNY WILLS,
GARY WILLS,
DR. SARAH WILMER,
LESLIE WILSON,
ROBIN WILSON,
THOMAS WINSTON,
CHARLES WISER,
SHARON WISER,
SARA WOLLMACHER,
MIKE WOO,
WAYNE H. WOOD,
WAYNE WOODHAMS,
STACEY T. WOODS,
ARTHUR WRIGHT,
THOMAS WRIGHT,
DAVID WYCKOFF,
GINO YANNOTTI,
JAMIE YOUNG,
JONG YUN,
RINGO YUNG,
ATEF ZAYD,
ANGELA R. ZIMMERMAN,

**PLAINTIFFS,**

v.

**HYUNDAI MOTOR AMERICA, INC.**

**Please Serve:**
Registered Agent:
National Registered Agents, Inc.
4701 Cox Road, Suite 301
Glen Allen, VA 23060

And

**ALEXANDRIA HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Gary Lonergan
115 Oronoco Street
Alexandria, VA 22314

And

**MILLER AUTO SALES, INC.,**
**Please serve:**
Registered Agent: John W. Truban
103 N. Braddock Street
Winchester, VA 22601

And

**CRAFT AUTOMOTIVE, INC.,**
**Please Serve:**
Registered Agent: Billy P. Craft
3914 Old Forest Road
Lynchburg, VA 24501

And

**BROWN'S LEESBURG HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Richard V.W. Adams, III
1925 Isaac Newton Square # 250
Reston, VA 20190

And

**BROWN'S MANASSAS HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Richard V.W. Adams, III
1925 Isaac Newton Square # 250
Reston, VA 20190

And

**CHECKERED FLAG IMPORTS, INC.,**
**Please Serve:**
Registered Agent: Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451

And

**CHECKERED FLAG STORE #6, LLC,**
**Please Serve:**
Registered Agent: Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451

And

**DUNCAN IMPORTS, INC.,**
**Please Serve:**
Registered Agent: Dennis A. Barbour
4415 Electric Road
Roanoke, VA 24018

And

**FAIRFAX HYUNDAI, INC.**
**Please Serve:**
Registered Agent: Gary W. Lonergan
115 Oronoco Street
Alexandria, VA 22314

And

**FIRST TEAM, INC.,**
**Please Serve:**
Registered Agent: Brian Purcell
Willcox & Savage, PC
222 Central Park Ave., Suite 1500
Virginia Beach, VA 23462

And

**GATEWAY HYUNDAI, INC.,**
**Please Serve:**
Registered Agent: Carolyn Kyger
100 Myers Drive
Charlottesville, VA 22906

And

**HALL AUTOMOTIVE GROUP, INC.,**
**Please Serve:**
Registered Agent: Kishon Ansley Clayborne
3203 Dogwood Drive
Portsmouth, VA 23703

And

**HALL HYUNDAI NEWPORT NEWS, LLC,**
**Please Serve:**
Registered Agent: Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219

And

**HALL HYUNDAI,   LLC**
**Please Serve:**
Registered Agent: Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219

And

**HARRISONBURG AUTO MALL, LLC,**
**Please Serve:**
Registered Agent: Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802

And

**LURAY AUTO MALL, INC.**
**Please Serve:**
Registered Agent: Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802

And

**PRICE HYUNDAI CORP.,**
**Please Serve:**
Registered Agent: J. Page Williams
Feil Pettit et al
530 East Main Street
Charlottesville, VA 22902

And

**MALLOY HYUNDAI,**
**Please Serve:**
Registered Agent: G. Donald Markle, Esq.
4010 University Drive, Suite 200
Fairfax, VA 22030

And

**PEARSON IMPORTS INC.,**
**Please Serve:**
Registered Agent: Donna Wooten
9530 Midlothian Turnpike
Richmond, VA 23235

And

**CAVALIER HYUNDAI, INC.,**
**Please Serve:**
Registered Agent: Donna Wooten
9530 Midlothian Turnpike
Richmond, VA 23235

And

**POHANKA AUTO CENTER, INC.**
**Please Serve:**
Registered Agent: Robert McKew
13909 Lee Jackson Memorial Highway
Chantilly, VA 20151

And

**PRIORITY GREENBRIER AUTOMOTIVE, INC.**
**Please Serve:**
Registered Agent: Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320

And

**PRIORITY IMPORTS NEWPORT NEWS, INC.**
**Please Serve:**
Registered Agent: Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320

And

**TYSINGER MOTOR COMPANY, INC.,**
**Please Serve:**
Registered Agent: Gregory S. Larsen
109A Wimbledon Square
Chesapeake, VA 23320

And

**WBM, INC. d/b/a WEST BROAD HYUNDAI,**
**Please Serve:**
Registered Agent: Glenn R. Moore
5600 Grove Avenue
Richmond, VA 23226

And

**JAMES CITY COUNTY ASSOCIATES, INC.,**
**Please Serve:**
Registered Agent: John E. Dodson
7101 Richmond Road
Williamsburg, VA 23188

And

**ROBERT WOODALL CHEVROLET, INC.,**
**Please Serve:**
Registered Agent: Bryan Grimes Williams Creasy
Johnson Ayers et al
1st Campbell Square, Suite 300
210 1st Street, SW
Roanoke, VA 24009

And

**WRIGHT WAY AUTOMOTIVE, INC.**
**Please Serve:**
Registered Agent: James M. Bowling, IV
416 Park Street
Charlottesville, VA 22902

## Dealership Defendants.

Now in to Court, through undersigned counsel comes the 715 plaintiffs named above and move the court for Judgment against defendants Hyundai Motor America, Alexandria Hyundai, Miller Auto Sales, Inc., Craft Automotive, Inc., Brown's Leesburg Hyundai, Brown's Manassas Hyundai, Checkered Flag Imports, Inc., Duncan Imports, Inc., Fairfax Hyundai, Inc., First Team, Inc., Gateway Hyundai, Inc., Hall Automotive Group, Inc., Hall Hyundai Western Branch, Harrisonburg Hyundai, Price Hyundai Corp., Malloy Hyundai, Pearson Imports, Inc., Pohanka Auto Center, Inc., Priority Greenbrier Automotive, Inc., Tysinger Motor Company, Inc., WBM, Inc. d/b/a West Broad Hyundai, Williamsburg Hyundai, Woodall Hyundai, and Wright Way Automotive, Inc. on the basis of the following facts and law:

1.     This Complaint is brought pursuant to the Virginia Multiple Claimant Litigation Act, VA Code § 8.01-267.1 et seq. The claim of each individual plaintiff involves common questions of law or fact and arise out of the same transaction, occurrence, or series of transactions or occurrences; the common questions of law or fact predominate and are significant to the actions; maintenance and resolution of these cases under the Virginia Multiple Claimant Litigation Act (i) will promote the ends of justice and the just and efficient conduct and disposition of the actions, (ii) is consistent with each party's right to due process of the law; and (iii) does not prejudice each individual party's right to a fair and impartial resolution of each action.

2.     This is a civil action asserting claims under:

> (1) the Virginia Motor Vehicle Warranty Enforcement Act,
>     VA Code §59.1-207.9 et seq.,
>
> (2) the Virginia Consumer Protection Act of 1977, and
>
> (3) VA. Code §18.2-216 prohibiting untrue, deceptive, or
>     misleading advertisement, inducements, writings, or
>     documents.

3.     The plaintiffs are individual buyers who purchased a 2011-2013 Hyundai Elantra

in Virginia. This action is brought under the Virginia Multiple Claimant Litigation Act and currently has 715 individual plaintiffs. On information and belief there are over 16,000 Virginians who purchased the 2011-2013 Hyundai. It is anticipated that several thousand more Virginia buyers will be making claims in this case by "later-filed actions" pursuant to VA. Code §8.01-267.7.

4.    The claims are brought against Defendant Hyundai Motor America, Inc. (hereinafter "Defendant" or "Hyundai") for its inability to conform its 2011-2013 Elantra model to the applicable warranty as required by the Virginia Motor Vehicle Warranty Enforcement Act; the claims are brought against Hyundai and each of its Virginia dealerships for willful misrepresentations, deceptions, and false pretenses in connection with consumer transactions in violation of the Virginia Consumer Protection Act of 1977; the claims are brought against Hyundai and each of its Virginia dealerships for violation of VA. Code §18.2-216 prohibiting untrue, deceptive, and misleading advertisements.

5.    At the Los Angeles Auto Show in November, 2010 John Krafcik, the President and Chief Executive Officer of Hyundai Motor America, the person responsible for the strategic direction and management of the company's operations in the United States, introduced the "All New 40 MPG Hyundai Elantra." _See_, video #1 of John Krafcik on DVD attached hereto as Exhibit 1-A. This was the beginning of a false, deceptive warranty and advertising campaign for the Hyundai Elantra which continues in operation to this day. In this campaign Hyundai declared "_100% of Elantra's we build will get 40 MPG on the highway._" _See_, Video #2 and Video #3 (Super Bowl Ad) on DVD attached hereto as Exhibit 1-A. Hyundai and its defendant dealerships throughout Virginia engaged in an advertising campaign declaring the Elantra "delivers" 40 MPG on the highway. _See_, Elantra Warranty book, on the attached DVD Exhibit 1-A, which states the Elantra "delivers" "40 MPG highway." _See also_, advertisements on the DVD

attached hereto as Exhibit 1-A. The affirmations of fact made by Hyundai, and its dealers acting on their behalf, constitute warranties under Virginia law. As a result of these false affirmations of fact regarding mileage, on information and belief, over 16,000 Virginians purchased the 2011-2013 Hyundai Elantra all over the Commonwealth.

6.      Hyundai represented to the plaintiffs/buyers of the Elantra that the on-board mileage calculator would deliver an "accurate" calculation of the miles-per-gallon the vehicle obtains. *See*, Owner's Manual page 4:49. The on-board mileage calculator does not accurately calculate or display the actual miles-per-gallon obtained by the vehicle. The on-board mileage calculator displays a higher miles-per-gallon figure than the vehicle actually achieves. The standard practice in the automotive industry is to thoroughly test-drive numerous examples of any vehicle offered to the public before releasing the vehicle for sale to the public. During these rigorous and extensive test drives it is industry-wide practice to measure the amount of gasoline consumed and to record the miles travelled in the test drives so as to measure the actual miles-per-gallon obtained by the vehicle. On information and belief, Hyundai never performed highway miles-per-gallon testing on the stock production model of 2011-2013 Elantras, but aggressively advertised that the vehicle would deliver 40 MPG on the highway without even testing whether it would or not. This action constitutes willful misconduct. *See*, *U.S. v Murdock*, 290 US 389, 54 S.C.T. 223, 78 L.Ed. 381 (1933) and *RFTP Corp. v. Little*, 247 VA. 309, 440 S.E.2d 908 (1994).

## COUNT ONE

# LEMON LAW- THE VIRGINIA
# MOTOR VEHICLE WARRANTY ENFORCEMENT ACT
# VA. CODE § 59.1-207.9

7.      The allegations of paragraph 1-6 are expressly incorporated and re-pled herein
_en toto_.

8.      The Virginia Motor Vehicle Warranty Enforcement Act, also known as the

Virginia Lemon Law, provides that a manufacturer of motor vehicles must conform a

new motor vehicle to any applicable warranty by repairing or correcting any defect or

condition which impairs the use, market value, or safety of the vehicle, or (1) replace the

motor vehicle with a comparable motor vehicle acceptable to the consumer, or (2)

accept return of the motor vehicle and refund to the consumer the full contract price,

including all collateral charges and incidental damages, plus attorney's fees, expert

witness fees, and court costs.  Under the Virginia Lemon Law, the term "warranty"

means any implied warranty or any written warranty of the manufacturer, or any

affirmations of fact or promise made by the manufacturer in connection with the sale or

lease of a motor vehicle that becomes part of the basis of the bargain.  Hyundai

repeatedly made affirmations of fact regarding the highway mileage in connection with

the sale of the Elantra.  For example, on April 18, 2012 Hyundai published on its

website the following statements:

> " 'With its 29 mpg city and 40 mpg highway standard fuel
> economy rating, Elantra is a perfect vehicle for consumers
> looking for an affordable solution to rising gas prices,' said
> Scott Margagen, director, Product Planning, Hyundai Motor
> America. ' Elantra is one of the vehicles at the core of Hyundai's
> fuel economy strategy. In the first quarter of 2012, 39 percent of
> all Hyundai vehicles sold achieved 40 mpg on the highway
> thanks in large part to Elantra's continued success.'" See,
> Hyundai news 04/18/12 at https://hyundaiusa.com/about-
> hyundai/news/Corporate 2012 Elantra KBB Green-2

9.      The 2013 Elantra's Owner's Handbook and Warranty Information specifically states:

> "The 5th generation Elantra was redesigned in 2011 and delivers design, safety, and up to 40 MPG Highway".

10.     These affirmations of fact, and the other representative examples of the affirmations of fact regarding highway mileage found in Exhibit 1-A, as well as other similar advertisements and statements, are not required by, nor do they comply with, the Federal laws regarding advertising of motor vehicle mileage. See, 16 CFR 259 et seq. The numerous affirmations of fact made by Hyundai, its agents, and authorized dealers regarding the highway mileage allegedly obtained by the Elantra are a part of the contract between Hyundai and the plaintiffs, and constitute express warranties under Virginia Law. See, Daughtrey v. Ashe, 243 VA. 73, 413 S.E.2d 336 (1992). See, Martin v. American Medical Systems, Inc., 116 F.3d 102 (4th Cir. 1997).

11.     Hyundai cannot conform its vehicle to the mileage warranty it made on the 2011-2013 Elantra's. No number of repair attempts will make the vehicles obtain the warranted gas mileage because the vehicles simply will not perform as warranted. This failure to conform the vehicle to the applicable warranties significantly impairs the use, market value, and safety of the motor vehicles requiring a repurchase or "buy-back" of the vehicles pursuant to law.

12.     On November 28, 2012, after receiving a voluminous number of complaints about the deficient highway miles-per-gallon for the Elantra, John Krafcik, President and Chief Executive Officer of Defendant Hyundai Motor America, again addressed the Los Angeles Auto Show and specifically stated he was "giving an update on our fuel economy situation." Krafcik represented to the world: "We are treating this like a serious matter it is. And we are treating each customer like we all want to be treated. We are owning this issue and letting folks know we care and are making it right for

*them as long as they own their cars."* In spite of these statements defendant Hyundai,

and its lawyers from coast-to-coast, deny any wrongdoing and refuse to comply with the

Virginia Lemon Law, the Motor Vehicle Warranty Enforcement Act.

13.    WHEREFORE the Plaintiffs, move the Court for judgment against Hyundai

awarding a repurchase or "buy back" remedy consisting of a refund to the Plaintiff and

all others similarly situated, of the full contract price, incidental damages, attorney fees,

expert witness fees, and court costs.

## COUNT TWO

## THE VIRGINIA CONSUMER PROTECTION ACT OF 1977

14.    The allegations of paragraphs 1 through 13 above are expressly incorporated

and re-pled herein.

15.    The Virginia Consumer Protection Act was enacted as remedial legislation to

promote fair and ethical standards of dealings between suppliers and the consuming

public. *See,* VA.Code § 59.1-197. The Defendant Hyundai and its defendant

dealerships in Virginia are a "supplier" engaging in consumer transactions with the

Plaintiffs who bought a 2011-2013 Hyundai Elantra in the Commonwealth of Virginia.

The Virginia Consumer Protection Act of 1977 prohibits Hyundai and its defendant

dealerships in Virginia from misrepresenting that goods have certain characteristics,

uses, benefits, or qualities. *See,* VA. Code § 59.1-200(A)(5) and (6).  The Virginia

Consumer Protection Act of 1977 prohibits the advertising of goods with intent not to

sell them as advertised, or with the intent not to sell them upon the terms advertised.

*See,* VA. Code § 59.1-200(8). In any action brought under this subsection the refusal of

any supplier to sell goods upon the terms advertised "shall be *prima facie* evidence of a

violation of this subdivision." Id. The Virginia Consumer Protection Act of 1977 prohibits Hyundai and its Virginia defendant dealerships from "using any other deception, fraud, false pretense, false promise, or misrepresentation in connection with a consumer transaction." See, VA. Code § 59.1-200 (14).

16. The Defendant Hyundai and its Virginia defendant dealerships violated the Virginia Consumer Protection Act in numerous ways, including:

A. Hyundai and its Virginia defendant dealerships misrepresented that the 2011-2013 Elantra obtained 40 or 38 highway miles-per-gallon when either it knew it would not achieve this mileage or had done no testing whatsoever to determine if it would or not;

B. Hyundai and its Virginia dealerships have refused to sell any 2011-2013 Elantra's to the plaintiffs which actually get 40 or 38 highway miles-per-gallon, thereby establishing *prima facie* evidence of a violation of Va. Code § 59.1-200 (A)(8).

C. Hyundai has represented that its on-board mileage calculator will provide an "accurate" measure of the miles-per-gallon obtained by the vehicle, when Hyundai knows this equipment will not accurately measure the miles-per-gallon obtained. This is *prima facie* evidence of a violation of VA. Code § 59.1-200 (A)(8). This intentional conduct has concealed and hidden the cause of action from the Plaintiffs.

D. The Hyundai Official Website advertises the 2013 Elantra at "38 MPG HWY" in dark letters on a white background. See, Screen shots at the end of Exhibit 1-A. When looking at the website on a computer screen it does not appear that there are any footnotes in connection with the advertised "38 MPG HWY". When the same page of the website is printed, the printed copy reveals a footnote "3" to the upper right of the "38". In spite of a thorough search of the website, the footnote "3" cannot be located. On information and belief footnote "3" is some disclaimer or explanation of the advertised "38 MPG HWY". Hyundai's intentional placement of footnote "3" in white on

a white background so it cannot be seen when looking at the screen, (but it can be seen when it is printed), coupled with the difficult, if not impossible, to locate text of footnote "3", constitutes the use of "deception...false pretense, false promise, or misrepresentation in connection with a consumer transaction" in violation of VA. Code § 59.1-200 (A)(14).

17.    As a result of Hyundai's and its Virginia dealerships' violations of the Virginia Consumer Protection Act, the Plaintiffs have suffered actual loss. Each of the plaintiffs specifically relied upon Hyundai's and its Virginia dealerships' advertisements to be accurate and truthful. Hyundai Motor America and the defendant Virginia dealerships fully expected, intended, and enticed this reliance. The Virginia Consumer Protection Act provides that if the trier of fact finds that any violation of the Act was willful it may increase damages to an amount not exceeding three times the actual damages sustained or $1,000, whichever is greater. VA. Code §59.1-204(A). The Plaintiffs allege that each and every violation of the Virginia Consumer Protection Act was willfully executed by Hyundai and the defendant Virginia dealerships for the obvious purpose of taking advantage of Virginian's desire to save money by using less gasoline and to protect the environment by the release of less carbon dioxide pollution into the atmosphere. Knowing that Virginians would respond positively to spending less money for fuel and causing less damage to the environment, Hyundai and the defendant dealerships willfully violated the Virginia Consumer Protection Act in each way described above, and in other ways as discovery reveals, in a "successful" and highly-profitable effort to increase the sales of its motor vehicles. Defendant Hyundai programmed and installed the on-board mileage calculator to show that the vehicle is getting higher mileage than actually obtained, thereby deceiving and lulling the plaintiffs into believing they were actually obtaining the highway mileage Hyundai and the defendant dealerships advertised and warranted the vehicle would achieve.

18. After perpetrating this scheme Hyundai willfully violated the Virginia Consumer Protection Act by conjuring and fabricating highway mileage "results" and then daring the individual consumer to take legal action against it, at which point Hyundai would use its $84 billion in annual revenue to overwhelm any individual litigant in court. The plaintiffs seek three times the actual damages, a sum which is established for each plaintiff by the Virginia Lemon Law as the refund of the full purchase price, incidental damages, expert witness fees and costs. Only in this way will the clearly expressed public policy of Virginia be fulfilled. Only in this way will the Defendant Hyundai and the defendant dealerships be disgorged of its many millions of dollars in ill-gotten gains and punished for its conduct. Only in this way will other motor vehicle manufacturers and dealerships learn that violations of the Virginia Consumer Protection Act will be dealt with as prescribed by law, thereby deterring any temptation by others to engage in the same or similar conduct.

## COUNT THREE

## VIOLATION OF VA. CODE §18.2-216 PROHIBITING UNTRUE, DECEPTIVE, OR MISLEADING ADVERTISING, INDUCEMENTS, WRITINGS OR DOCUMENTS

19. The allegations of paragraphs 1 through 18 are expressly incorporated and re-pled herein *en toto*.

20. VA. Code §18.2-216 broadly prohibits untrue, deceptive, or misleading advertisements to the public with the intent to increase the public's consumption of anything offered for sale by the advertiser. VA. Code §59.1-68.36 provides that any person who suffers loss as the result of a violation of §18.2-216 shall be entitled to bring an individual action to recover damages, or $100, whichever is greater. The actions of Hyundai and its defendant dealerships in Virginia previously described herein

are violations of VA. Code §18.2-216 and the Plaintiffs seek damages for each and

every violation and attorney fees as a result thereof as provided by VA. Code §59.1-

68.3.

WHEREFORE, the plaintiffs move the Court for judgment against Defendant

Hyundai and the Defendant dealerships for the full purchase price of the vehicle,

including all collateral charges and incidental damages, as provided by the Virginia

Motor Vehicle Warranty Enforcement Act, treble damages as provided by the Virginia

Consumer Protection Act, statutory damages as provided by Virginia Code §59.1-68.3,

plus reasonable attorney's fees in the amount of $350 per hour, or one-third of any

amount recovered, whichever is greater, plus expert witness fees, and court costs all

provided by law. Trial by jury is requested.

Respectfully submitted,

THE PLAINTIFFS NAMED ABOVE

By: _____
Of Counsel

James B. Feinman (VSB# 28125)
Andrew D. Finnicum (VSB# 80358)
James B. Feinman & Associates
P.O. Box 697
1003 Church Street. 2nd Floor
Lynchburg, Virginia 24505
(434) 846-7603 (phone)
(434) 846-0158 (fax)
Counsel for Plaintiffs
jb@jfeinman.com
Andrew@jfeinman.com