# EXHIBIT 3

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF ROANOKE

JIHAD ABDUL-MUMIT,
MATTHEW ABEDI,
MONICA ADAIR SARGENT,
MARK AGEE,
ALIZ AGOSTON,
YVONNE ALSTON,
DAN AMATRUDA,
KRISTY AMBROSE,
KIMBERLEY AMICK,
WANDA G. AMOS,
CHRISTOPHER ARAUZA,
CARL ARSENAULT,
BROOKE ASHER,
MICHELLE ATKINS,
RAYMOND O. ATKINS,
MATTHEW ATWELL,

--- COMPLAINT---

$CL14-68$

FILED PURSUANT
TO VIRGINIA MULTIPLE
CLAIMANT LITIGATION ACT
VA. CODE §8.01-267.1

DAVID AUB
SOHA AYYASH
ASIF AZIZ
SUSAN BAILEY
KAREN BAKER
HAB BAKER, III
TERRY BARNES
JOSEPH BARTELL
HARRY L. BARTON
BENJAMIN BASHAM
JAMES BASHAM
MATTHEW BASILONE
JOHN BAXTER
JOHN BEASLEY
TIMM BECHTER
ELIZABETH BELEVAN
BARBARA BELL
JUDY BENDER
AMINE BERBALE
JAMES BERLING
SHARON BISDEE
WILLIAM BONNER
WALTER BORDEAUX
GARY BOYETTE
TODD BRADBURY
KAREN BRADBURY
JOHN BRANCATO
WILLIAM BREWSTER
LORI BRODIE
GLORIA BROOKS
ELSE BROWN
MELANIE BROWN
ANGELA BROWN

GARY BROWN
JEANNE BROWN
SYDNEY BRUMBELOW
JAN BURFORD
SARA BURRUSS
JAMIE BURTON
JOSEPH CALDARELLI
JASON CALL
TODD CARLSON
HOWARD L. CARPENTER
CYNTHIA CARTER
FREDERICK CARTER
JACKLYN CASSELLE-TUPPONCE
JARED CASTRO
REBECCA CATLETT
SUSAN CAVE
KIRT CHAPPELLE
LINDA CHEESEBORO
ROGER CHESLEY, JR.
STEVE CHILDRESS
DAN CHO
SUNG CHO
SUNG CHUN
WILLIAM CLARK
LINDA CLUNE
STUART COCHRAN
CHARLES COCHRANE
ANGEL COLLINS
HENRY SHANE COLVIN
KARRI COLVIN
CARLY CONNELLY
ANGIE CONNER
JEREMY CONRAD

PHILIP F. CORRAO
KIMBERLY CRAWFORD
MARGARET CRITTENDON
APRIL CROCKER
WILLIAM CROMER
JAY CUNNINGHAM
MARY CUSTIS
ROBERT DANIELS
DONNA DAVIS
BOYD DAVIS
LISA DAVIS
ROGER DAVIS
MICHELLE DEBROSSE
MICHAEL DECANIO
ALMA DELIA DELEON
JENNIFER DEMARCO
ANTHONY DEPAUL, JR.
GEORGE D. DESPERT, III
CYNTHIA DEVANE
RUTH DIAZ
RON DICKMAN
SHERI DIXSON
SONYA DODSON
JESENIA DOMINGUEZ
TERRY DONALDSON
LATAVIA DREW
ARLENE DREWRY
CHRISTINA DRUGATZ
JEFFREY DRUGATZ
KAREN DUNCAN
SANDRA K. DUNTON
JEFF EDDY
DEBORAH EDGE
DEBORAH EDGEFIELD
PAMELA EDWARDS
KASEY EIKE
MIRIAH EISENMAN
FREDERICK EITEL
SHARON EKSTRAND
NICOLE ELSESSER
JOSEPH ELTON
KAREN EVANS
MASE FABAR
FLOYD FALLIN, JR.
ELIZABETH FARRELL
MARGIE D. FAULS
CAITLIN FEELEY
BARRY FELDMAN
BRIAN FELDMAN
WANDA FERGUSON
JAMES FICKLE
SHIRLEY FICKLE
SCOTT FLORA

THOMAS ROBERT FRANCO
JOHN FRANKLIN
JOHN FRANKLIN
TAMMY FRANKLIN
ANTHONY FREDERICK
TRACY FREDERICK
THOMAS FREEZE
ADAM FURMAN
ALICIA FUSCO
DONNA GADDIS
GUILLERMO GALARZA
IVAN GALLOWAY, JR.
IDA GARNER
WILLIS M. GARY
KURT GERGLE
TARUN GHAI
ELAINE GIBSON
HELEN GILLESPIE
MELODY GILLEY
TANJA GILMORE
BRIAN GLAUB
BARRY GOLDBERG
SCOTT GOODMAN
RICHARD GOULD
TROY L. GRAHAM
GABRIELA GRAJEDA
ELIZABETH GRANT
BRANDI GRAY
CHRISTIE GRAY
JANIE GRAY
VALERIE GRAY
ADAM GRAYBERG
AYNDRIA GREEN
DIANA GRIFFIN
PAUL J. GROVER
JESSICA GROVES
DEDRA GUENO
CARL GUSSGARD
ARNOLD GUTMAN
JULIAN GUTTERMAN
TESSIE GUTTERMAN
LISA HAGERTY
LAUREN HAGY
CEDON J. HALEY, JR.
DOROTHY HALPIN
NANCY N. HAMLETT
ERESTINE HARDING
DEBORAH HARE
AQUISI HARRIS
KENDALL HARRIS
MARY HARRIS
PATRICE A. HARRIS
BRIANNA HARRISON

{2434 / 000}2

SHARON HARRISON
SHARON HART
LEE ANN HARTMANN
PATRICIA HAUSER
DEANNA HAVERLY
LESLIE HEARN
KATHLEEN HEDRICK
AMANDA HEINLEIN
CHARLES HELMS
ROBERT HENDRICKSON
STEPHEN HERMAN
JAMES HERRINGTON
WILLIAM HESTER, JR.
DEBBIE HETTERLY
NANCY HICKMAN
JEREMY HILLBERRY
GREG E. HINES
ROBERT HITE
BRITTANY HOBAN
PAM HODGES
THURMAN HODGES
CHRISTOPHER HOEHN
TIMOTHY HOLROYD
CAROLYN HORCHNER
JEFFREY HORCHNER
BETTY HORNICK
JENNIFER HORNING
MAJOR M. HORTON
BITSY HOUSE
ALYSSA HRONOWSKI
TEDDY HUDDLESTON
JERRY HUDSON, SR.
HUBERT HUGHES
SHAY HUNTER
MARK HUSTEAD
CAROL HUTCHINSON
NATHEN ILLIDGE
GEORGE IOANNOU
FRANCES JACOCKS
PATRICIA JACOCKS
JASON JAFFEUX
SALLY JAMES
ANN JANSEN
STACEY JANSEN
JOYCE JANTO
WALTER JEFFRIES
JANICE JENKINS
RASHEEDAH JOHNSON
CHELSEA JOHNSON
TODD JOHNSON
MONICA JOHNSON
DERWOOD JOHNSTON
JOHN JOHNSTONE

CHRISTINA JONES
PAMELA JONES
WILBER B. JONES
RICHARD JORDAN
SANDRA JORDAN
SHERYL JORDAN
JENNIFER JUSTICE
KIM KEATING
CODY KELLY
TERESA KELLY
MELANIE KENYON
JOHN KERR
SHEA KERSEY
HANNAH KIGHT
WILLIAM KIGHT
MIKYUNG KIM
CAROLYN S. KINES
LARRY KING
SUSAN KING
VERNON KIRBY
DIANA KITE
EDWARD KIZER
PATSY KIZER
JOHN A. KNIGHT
CONNIE KNISELEY
DONNA KNOELL
AMANDA KOZAK
TAMARA KROBERT
FRANK KULOVITZ
CARL KURI
KELLY KUSEK
VICTOR C. KVIETKUS
BRENDA LACKEY
TAMMY LACKEY
MARY LANG
MARKUS LANGE
CATHERINE LANTZ
GLENN LAVINDER
CHRISTOPHER LEGENDRE
BARBARA LEGGETT
DAVID LEHMAN
CALVIN LEWIS
GLORIA LEWIS
REGINA LEWIS
DELORES LINDBLOM
WILLIAM LIPFORD
ASHLEY LIPPOLIS-AVILES
MIKE LITTMAN
BILLY LLEWELLYN
ROBIN LOVETT
DAVID W. LOVING
CYANE LOWDEN
KEN LU

JOSHUA LUBECK
SANDRA LUBECK
ROBERT R. LUCAS
PATRICIA LYONS
WILLIAM LYONS
ANITA MADISON
JOHN MALIZIA
SUZANNE MALIZIA
THOMAS MALONE
STANLEY MARCUS
CHARLES MARTIN
HEATHER MATSEY
JAMES MATSEY
RODNEY MATTHEWS
SHAWNA MATTOCKS
MATTHEW MATTRO
JEFF MAY
HAROLD MAYHEW, JR.
SHAWN MAYNOR
DIANDRA MAYO
ROBERT MCCARRAHER
CHRISTINE MCCASLIN
PENNY MCCENEY
ROBERT MCCLELLAND
SUSAN MCCLELLAND
MICHAEL MCCLENNING
ROBERT MCCURDY
JOSEPH MCDANIEL
SUSAN MCFADDEN
WILLIAM MCFADDEN
MARK MCGINLEY
RICHARD MCGRUDER
VICTORIA MCGRUDER
DONALD MCINTIRE
CAROL MEIGGS
KAREN MELLER
CARMEN MERCADO
SCOTT MEYERS
CHRISTY MILLER
DAVID MILLER
RON MILLER
MARIA MING LI
MARY MITCHELL
TERRIE MITCHELL
BANKS MITCHUM
BENJAMIN MOHER
DAVID MOLINARI
JUNG MOON
KAREN MOONEY
BONNIE MOORE
MONTE MORGAN
PHILLIP MORGAN
WILLIAM MORGAN

BRYON MOSS
SUZANNE MOWBRAY
DAVID MULLIGAN
MARY MULLIGAN
NANCY MURRAY
ROGER MYERS
PATRICK NANCE
DENNIS NEGRAN
PENNIE NEWELL
GLEN NEWITT
JACQUI NEWITT
EDWARD NEWMAN, JR.
KEVIN NEWSOME
REVEREDY NICHOLSON
PATRICIA NICOSIA
RANDALL NIXON
KAREN NOLAN
RYAN NOLETTE
BRYAN NORDQUIST
SERGEI NOVITSKY
JONATHON O'BRIEN
ADRIAN ODYA-WEIS
WILLIAM O'FLYNN
DENNIS OLEARY
JOHN OLSEN
KAREN O'NEIL
TANA RAE OROPEZA
BRIAN OSBORNE
CANDACE OWENS
LYNN PAGE
TANYA PALIK
RONA PALMER
ASHLEY PANNELL
HARRY PAULETTE
TANYA PEAKE
DONNA PEARSON
RICHARD PEARSON
JOHN PEDERSEN
CHRIS PENA
ROY MASON PENNINGTON, III
NICHOLAS PEREZ
GREG PERIGARD
KIM PERKINS
MARK PERRY
BRADY PETERS
KAREN PETERS
REBECCA PETRELLA
SUSAN PETRIE
THOMAS PETIT
ADRIAN PHILLIPS, JR.
ANNE PICCIANO
JOHN PICCIANO
CARL PIERCE

SIVATHANU PILLAI
DEBRA PINES
CHARLES PINKARD
LILIA PINSON
ARLOVE PLUNKETT
TIMOTHY POHLIG
DENISE POINDEXTER
RACHEL POLIQUIN
MARGARET POMEROY
DAVID POORE, III
LAURA POTTER
KATHY POWERS
LINDA PRATT
BERNARD PRESGRAVES
JASON PRICE
DENISE PRYOR
JOSHUA PUCCI
VICTORIA PUCKETT
SARA PULLEN
TONY PULLEY
CYNTHIA QUATTLEBAUM
EVA RALSTON
WILLIAM RALSTON
HANNAH RAMEY
JACQUELINE RANDOLPH
THOMAS RANDOLPH
MICHAEL RANGER
BRAD RANSOM
NANCY RANSOME
HENRY REQUEJO
DAVID REYNOLDS
ROSE RICKER
DANNY RIDDLE
ROBIN ROBERT
JOSHUA ROBERTS
MARY ROBERTS
ANNIE ROBINSON
ANTONIO ROBINSON
ROCKY ROCKBURN
DREW ROPER
TROY ROSIER
ERIC ROTHMAN
BRIAN ROWE
JULIET ROWLAND
JOHN ROWLEY
NANCY ROWSEY
STEPHEN RUBIS
KYLE RUSSELL
JENNIFER RYAN
THOMAS RYDER
JOSEPH SALAZAR
RANDALL SAMPLES
REBECCA SAMUELSON

THOMAS SANCHEZ
AARON SANDERS
ASOK KUMAR SARKAR
TOM SCARCELLA
EDWARD SCEARCE
SHANE SCHLESMAN
WADE SCHWANKE, JR
GWEN SEAL
AMY SEAY
BRADLEY SEAY
CHARLES SELTMAN
PATTY SENTER
LYNN SETTLE
TIM SEYMOUR
RONALD SHARP
ERNEST SHARPE
SHIRLEY SHAW
STEPHANIE SHELOR
MICHELLE SHIFFLETT
SANDRA SHIFFLETT
JUNE SHORES
D. SHAWN SHUMAKE
NINA SIBERT
ROBERT SILBER
CHRISTIAN SIMMERS
MARY SINGHAS
RANDALL SINGHAS
AMY SMITH
DAPHNE HOPE SMITH
LISA SMITH
STEPHEN SMITH
SUZANNE SMITH
KRISTINE SMOLENS
HOWARD SNYDER
WESLEY SONGER
EMILY SPARKS
BRIAN SPENCER
SVETLANA SPENCER
PATRICIA SPIER
LORI SPIK
DEREK ST. ONGE
RONALD STAFFORD
JONATHAN STARKS
MARK STEPHENS
TERRY STEPP
SARAH STEVENSON
ERIC STEWART
ROXANNE STITH
TIM STOESSEL
JEAN STOTLER
SARA STRAMEL
LARRY STRAYHORN
FRANKLIN STURKEY

{2434 / 000}5

BEN SULLENGER
YOLANDA SULLIVAN
JOHN SUTOR
WANDA SUTPHIN
SHARON SWINBURNE
STELLA TANG
ANDREW TAYLOR
ANN TAYLOR
DONNA TAYLOR
JI JI THEKKEVEEDU
CHRISTOPHER THOME
MICHAEL THOME
DAVID THOMPSON
TOM THOMPSON
ASHLI THURSTON
CHRISTOPHER TOKAR
DION TOMER
CLIFFORD TRIMBLE
SERGIO TROMBA
ADELINE TROTTER
JAMES TURNER
JEFFREY TURNER
OWENS TURNER, JR.
MARILYN TWINE
LONNIE URQUHART
CHERI VALVERDE
MIKE VAMMINO
CARRIE VAN HOOK
KATHERINE VANDENBRIEJE
MILCA VARGAS
MARY VAUGHAN
ROBENA VAUGHAN
JESSYCA VENICE
KIMBERLY VEST
CAROL VIERGUTZ
MARYANN VILLIES
PATRICE VOSSLER
AMANDA WAGONER
STACY WALLER
GARY WALTON
GRETCHEN WARD
KIMBERLY WARD
SHELIA WARD
DANIEL WAXMAN
CHRISTOPHER WEAVER
MARGARET WEBB
LAURA WEISIGER
STEPHANY WHIPPLE
DAVID WHITLEY
SARAH WHITLOCK
DIANE WIEN
ROBERT T. WIENER
CHRISTOPHER WILCHER

MINDY WILLIAMS
VINCENT WILLIAMS
HANNAH WILSON
JUANITA WILSON
RIED WILSON
CHARLES WISER
SHARON WISER
MARK WOEHLER
KENNETH WOMACK
EMILY WONG
GREGORY WOODS
KATHERYN WOOSLEY
JONATHAN WRIGHT
CAROL WRIGHT
CAROL WRIGHT
MARY WRIGHT
THOMAS WRIGHT
TIMOTHY WRIGHT, JR.
LESLIE YAMNICKY
KENNETH YATES
JAMIE YOUNG
SANDRA YOUNG
ROBERT YOUNIE, II
ATEF ZAYD

PLAINTIFFS,

v.

**HYUNDAI MOTOR AMERICA, INC.**

**Please Serve:**
Registered Agent:
National Registered Agents, Inc.
4701 Cox Road, Suite 301
Glen Allen, VA 23060

And

**ALEXANDRIA HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Gary Lonergan
115 Oronoco Street
Alexandria, VA 22314

And

**MILLER AUTO SALES, INC.,**
**Please serve:**
Registered Agent: John W. Truban
103 N. Braddock Street
Winchester, VA 22601

And

**CRAFT AUTOMOTIVE, INC.,**
**Please Serve:**
Registered Agent: Billy P. Craft
3914 Old Forest Road
Lynchburg, VA 24501

And

**BROWN'S LEESBURG HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Richard V.W. Adams, III
1925 Isaac Newton Square # 250
Reston, VA 20190

And

**BROWN'S MANASSAS HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Richard V.W. Adams, III
1925 Isaac Newton Square # 250
Reston, VA 20190

And

**CHECKERED FLAG IMPORTS, INC.,**
**Please Serve:**
Registered Agent: Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451

And

**CHECKERED FLAG STORE #6, LLC,**
**Please Serve:**
Registered Agent: Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451

And

**DUNCAN IMPORTS, INC.,**
**Please Serve:**
Registered Agent: Dennis A. Barbour
4415 Electric Road
Roanoke, VA 24018

And

**FAIRFAX HYUNDAI, INC.**
**Please Serve:**
Registered Agent: Gary W. Lonergan
115 Oronoco Street
Alexandria, VA 22314

And


**FIRST TEAM, INC.,**
**Please Serve:**
Registered Agent: Brian Purcell
Willcox & Savage, PC
222 Central Park Ave., Suite 1500
Virginia Beach, VA 23462

And

**GATEWAY HYUNDAI, INC.,**
**Please Serve:**
Registered Agent: Carolyn Kyger
100 Myers Drive
Charlottesville, VA 22906

And

**HALL AUTOMOTIVE GROUP, INC.,**
**Please Serve:**
Registered Agent: Kishon Ansley Clayborne
3203 Dogwood Drive
Portsmouth, VA 23703

And

**HALL HYUNDAI NEWPORT NEWS, LLC,**
**Please Serve:**
Registered Agent: Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219

And

**HALL HYUNDAI, LLC**
**Please Serve:**
Registered Agent: Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219

And

**HARRISONBURG AUTO MALL, LLC,**
**Please Serve:**
Registered Agent: Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802

And

**PRICE HYUNDAI CORP.,**
**Please Serve:**
Registered Agent: J. Page Williams
Feil Pettit et al
530 East Main Street
Charlottesville, VA 22902

And

**MALLOY HYUNDAI,**
**Please Serve:**
Registered Agent: G. Donald Markle, Esq.
4010 University Drive, Suite 200
Fairfax, VA 22030

And

**CAVALIER HYUNDAI, INC.,**
**Please Serve:**
Registered Agent: Donna Wooten
9530 Midlothian Turnpike
Richmond, VA 23235

And

**POHANKA AUTO CENTER, INC.**
**Please Serve:**
Registered Agent: Robert McKew
13909 Lee Jackson Memorial Highway
Chantilly, VA 20151

And

**PRIORITY GREENBRIER AUTOMOTIVE, INC.**
**Please Serve:**
Registered Agent: Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320

And

**PRIORITY IMPORTS NEWPORT NEWS, INC.**
**Please Serve:**
Registered Agent: Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320

And

**TYSINGER MOTOR COMPANY, INC.,**
**Please Serve:**
Registered Agent: Gregory S. Larsen
109A Wimbledon Square
Chesapeake, VA 23320

And

**WBM, INC. d/b/a WEST BROAD HYUNDAI,**
**Please Serve:**
Registered Agent: Glenn R. Moore
5600 Grove Avenue
Richmond, VA 23226

And

**JAMES CITY COUNTY ASSOCIATES, INC.,**
**Please Serve:**
Registered Agent: John E. Dodson
7101 Richmond Road
Williamsburg, VA 23188

And

**ROBERT WOODALL CHEVROLET, INC.,**
**Please Serve:**
Registered Agent: Bryan Grimes Williams Creasy
Johnson Ayers et al
1st Campbell Square, Suite 300
210 1st Street, SW
Roanoke, VA 24009

And

**WRIGHT WAY AUTOMOTIVE, INC.**
**Please Serve:**
Registered Agent: James M. Bowling, IV
416 Park Street
Charlottesville, VA 22902

### Dealership Defendants.

Now in to Court, through undersigned counsel comes the 583 plaintiffs named

above and move the court for Judgment against defendants Hyundai Motor America,

Alexandria Hyundai, Miller Auto Sales, Inc., Craft Automotive, Inc., Brown's Leesburg

Hyundai, Brown's Manassas Hyundai, Checkered Flag Imports, Inc., Duncan Imports,

Inc., Fairfax Hyundai, Inc., First Team, Inc., Gateway Hyundai, Inc., Hall Automotive

Group, Inc., Hall Hyundai Western Branch, Harrisonburg Hyundai, Price Hyundai Corp.,

Malloy Hyundai, Pearson Imports, Inc., Pohanka Auto Center, Inc., Priority Greenbrier

Automotive, Inc., Tysinger Motor Company, Inc., WBM, Inc. d/b/a West Broad Hyundai,

. Williamsburg Hyundai, Woodall Hyundai, and Wright Way Automotive, Inc. on the basis
of the following facts and law:

1.      This Complaint is brought pursuant to the Virginia Multiple Claimant Litigation
Act, VA Code § 8.01-267.1 et seq. The claim of each individual plaintiff involves
common questions of law or fact and arise out of the same transaction, occurrence, or
series of transactions or occurrences; the common questions of law or fact predominate
and are significant to the actions; maintenance and resolution of these cases under the
Virginia Multiple Claimant Litigation Act (i) will promote the ends of justice and the just
and efficient conduct and disposition of the actions, (ii) is consistent with each party's
right to due process of the law; and (iii) does not prejudice each individual party's right
to a fair and impartial resolution of each action.

2.      This is a civil action asserting claims under:

> (1) the Virginia Motor Vehicle Warranty Enforcement Act,
>     VA Code §59.1-207.9 et seq.,
>
> (2) the Virginia Consumer Protection Act of 1977, and
>
> (3) VA. Code §18.2-216 prohibiting untrue, deceptive, or
>     misleading advertisement, inducements, writings, or
>     documents.

3.      The plaintiffs are individual buyers who purchased a 2011-2013 Hyundai Elantra
in Virginia. This action is brought under the Virginia Multiple Claimant Litigation Act and
currently has 583 individual plaintiffs. On information and belief there are over 16,000
Virginians who purchased the 2011-2013 Hyundai. It is anticipated that several
thousand more Virginia buyers will be making claims in this case by "later-filed actions"
pursuant to VA. Code §8.01-267.7.

4.      The claims are brought against Defendant Hyundai Motor America, Inc.
(hereinafter "Defendant" or "Hyundai") for its inability to conform its 2011-2013 Elantra
model to the applicable warranty as required by the Virginia Motor Vehicle Warranty
Enforcement Act; the claims are brought against Hyundai and each of its Virginia

dealerships for willful misrepresentations, deceptions, and false pretenses in connection with consumer transactions in violation of the Virginia Consumer Protection Act of 1977; the claims are brought against Hyundai and each of its Virginia dealerships for violation of VA. Code §18.2-216 prohibiting untrue, deceptive, and misleading advertisements.

5. At the Los Angeles Auto Show in November, 2010 John Krafcik, the President and Chief Executive Officer of Hyundai Motor America, the person responsible for the strategic direction and management of the company's operations in the United States, introduced the "All New 40 MPG Hyundai Elantra." *See*, video #1 of John Krafcik on DVD attached hereto as Exhibit 1-A. This was the beginning of a false, deceptive warranty and advertising campaign for the Hyundai Elantra which continues in operation to this day. In this campaign Hyundai declared "*100% of Elantra's we build will get 40 MPG on the highway.*" *See,* Video #2 and Video #3 (Super Bowl Ad) on DVD attached hereto as Exhibit 1-A. Hyundai and its defendant dealerships throughout Virginia engaged in an advertising campaign declaring the Elantra "delivers" 40 MPG on the highway. *See*, Elantra Warranty book, on the attached DVD Exhibit 1-A, which states the Elantra "delivers" "40 MPG highway." *See also*, advertisements on the DVD attached hereto as Exhibit 1-A. The affirmations of fact made by Hyundai, and its dealers acting on their behalf, constitute warranties under Virginia law. As a result of these false affirmations of fact regarding mileage, on information and belief, over 16,000 Virginians purchased the 2011-2013 Hyundai Elantra all over the Commonwealth.

6. Hyundai represented to the plaintiffs/buyers of the Elantra that the on-board mileage calculator would deliver an "accurate" calculation of the miles-per-gallon the vehicle obtains. *See*, Owner's Manual page 4:49. The on-board mileage calculator does not accurately calculate or display the actual miles-per-gallon obtained by the

{2434 / 000}7

vehicle. The on-board mileage calculator displays a higher miles-per-gallon figure than the vehicle actually achieves. The standard practice in the automotive industry is to thoroughly test-drive numerous examples of any vehicle offered to the public before releasing the vehicle for sale to the public. During these rigorous and extensive test drives it is industry-wide practice to measure the amount of gasoline consumed and to record the miles travelled in the test drives so as to measure the actual miles-per-gallon obtained by the vehicle. On information and belief, Hyundai never performed highway miles-per-gallon testing on the stock production model of 2011-2013 Elantras, but aggressively advertised that the vehicle would deliver 40 MPG on the highway without even testing whether it would or not. This action constitutes willful misconduct. *See*, *U.S. v Murdock*, 290 US 389, 54 S.C.T. 223, 78 L.Ed. 381 (1933) and *RFTP Corp. v. Little*, 247 VA. 309, 440 S.E.2d 908 (1994).

## COUNT ONE

## LEMON LAW- THE VIRGINIA
## MOTOR VEHICLE WARRANTY ENFORCEMENT ACT
## VA. CODE § 59.1-207.9

7.     The allegations of paragraph 1-6 are expressly incorporated and re-pled herein *en toto*.

8.     The Virginia Motor Vehicle Warranty Enforcement Act, also known as the Virginia Lemon Law, provides that a manufacturer of motor vehicles must conform a new motor vehicle to any applicable warranty by repairing or correcting any defect or condition which impairs the use,market value, or safety of the vehicle, or (1) replace the motor vehicle with a comparable motor vehicle acceptable to the consumer, or (2) accept return of the motor vehicle and refund to the consumer the full contract price, including all collateral charges and incidental damages, plus attorney's fees, expert

witness fees, and court costs. Under the Virginia Lemon Law, the term "warranty" means any implied warranty or any written warranty of the manufacturer, or any affirmations of fact or promise made by the manufacturer in connection with the sale or lease of a motor vehicle that becomes part of the basis of the bargain. Hyundai repeatedly made affirmations of fact regarding the highway mileage in connection with the sale of the Elantra. For example, on April 18, 2012 Hyundai published on its website the following statements:

> " 'With its 29 mpg city and 40 mpg highway standard fuel economy rating, Elantra is a perfect vehicle for consumers looking for an affordable solution to rising gas prices,' said Scott Margagen, director, Product Planning, Hyundai Motor America. ' Elantra is one of the vehicles at the core of Hyundai's fuel economy strategy. In the first quarter of 2012, 39 percent of all Hyundai vehicles sold achieved 40 mpg on the highway thanks in large part to Elantra's continued success.'" See, Hyundai news 04/18/12 at https://hyundaiusa.com/about-hyundai/news/Corporate_2012_Elantra_KBB_Green-2

9.    The 2013 Elantra's Owner's Handbook and Warranty Information specifically states:

> "The 5th generation Elantra was redesigned in 2011 and delivers design, safety, and up to 40 MPG Highway".

10.    These affirmations of fact, and the other representative examples of the affirmations of fact regarding highway mileage found in Exhibit 1-A, as well as other similar advertisements and statements, are not required by, nor do they comply with, the Federal laws regarding advertising of motor vehicle mileage. See, 16 CFR 259 et seq. The numerous affirmations of fact made by Hyundai, its agents, and authorized dealers regarding the highway mileage allegedly obtained by the Elantra are a part of the contract between Hyundai and the plaintiffs, and constitute express warranties under Virginia Law. See, Daughtrey v. Ashe, 243 VA. 73, 413 S.E.2d 336 (1992).

{2434 / 000}9

. *See*, *Martin v. American Medical Systems, Inc.*, 116 F.3d 102 (4th Cir. 1997).

11. Hyundai cannot conform its vehicle to the mileage warranty it made on the 2011-2013 Elantra's. No number of repair attempts will make the vehicles obtain the warranted gas mileage because the vehicles simply will not perform as warranted. This failure to conform the vehicle to the applicable warranties significantly impairs the use, market value, and safety of the motor vehicles requiring a repurchase or "buy-back" of the vehicles pursuant to law.

12. On November 28, 2012, after receiving a voluminous number of complaints about the deficient highway miles-per-gallon for the Elantra, John Krafcik, President and Chief Executive Officer of Defendant Hyundai Motor America, again addressed the Los Angeles Auto Show and specifically stated he was "*giving an update on our fuel economy situation.*" Krafcik represented to the world: "*We are treating this like a serious matter it is. And we are treating each customer like we all want to be treated. We are owning this issue and letting folks know we care and are making it right for them as long as they own their cars.*" In spite of these statements defendant Hyundai, and its lawyers from coast-to-coast, deny any wrongdoing and refuse to comply with the Virginia Lemon Law, the Motor Vehicle Warranty Enforcement Act.

13. WHEREFORE the Plaintiffs, move the Court for judgment against Hyundai awarding a repurchase or "buy back" remedy consisting of a refund to the Plaintiff and all others similarly situated, of the full contract price, incidental damages, attorney fees, expert witness fees, and court costs.

## COUNT TWO

## THE VIRGINIA CONSUMER PROTECTION ACT OF 1977

14. The allegations of paragraphs 1 through 13 above are expressly incorporated and re-pled herein.

{2434 / 000)10

15.     The Virginia Consumer Protection Act was enacted as remedial legislation to promote fair and ethical standards of dealings between suppliers and the consuming public. See, VA.Code § 59.1-197. The Defendant Hyundai and its defendant dealerships in Virginia are a "supplier" engaging in consumer transactions with the Plaintiffs who bought a 2011-2013 Hyundai Elantra in the Commonwealth of Virginia. The Virginia Consumer Protection Act of 1977 prohibits Hyundai and its defendant dealerships in Virginia from misrepresenting that goods have certain characteristics, uses, benefits, or qualities. See, VA. Code § 59.1-200(A)(5) and (6). The Virginia Consumer Protection Act of 1977 prohibits the advertising of goods with intent not to sell them as advertised, or with the intent not to sell them upon the terms advertised. See, VA. Code § 59.1-200(8). In any action brought under this subsection the refusal of any supplier to sell goods upon the terms advertised "shall be *prima facie* evidence of a violation of this subdivision." Id. The Virginia Consumer Protection Act of 1977 prohibits Hyundai and its Virginia defendant dealerships from "using any other deception, fraud, false pretense, false promise, or misrepresentation in connection with a consumer transaction." See, VA. Code § 59.1-200 (14).

16.     The Defendant Hyundai and its Virginia defendant dealerships violated the Virginia Consumer Protection Act in numerous ways, including:

A.      Hyundai and its Virginia defendant dealerships misrepresented that the 2011-2013 Elantra obtained 40 or 38 highway miles-per-gallon when either it knew it would not achieve this mileage or had done no testing whatsoever to determine if it would or not;

B.      Hyundai and its Virginia dealerships have refused to sell any 2011-2013 Elantra's to the plaintiffs which actually get 40 or 38 highway miles-per-gallon, thereby establishing *prima facie* evidence of a violation of Va. Code § 59.1-200 (A)(8).

C.      Hyundai has represented that its on-board mileage calculator will provide

. an "accurate" measure of the miles-per-gallon obtained by the vehicle, when Hyundai knows this equipment will not accurately measure the miles-per-gallon obtained. This is *prima facie* evidence of a violation of VA. Code § 59.1-200 (A)(8). This intentional conduct has concealed and hidden the cause of action from the Plaintiffs.

D.     The Hyundai Official Website advertises the 2013 Elantra at "38 MPG HWY" in dark letters on a white background. *See*, Screen shots at the end of Exhibit 1-A. When looking at the website on a computer screen it does not appear that there are any footnotes in connection with the advertised "38 MPG HWY". When the same page of the website is printed, the printed copy reveals a footnote "3" to the upper right of the "38". In spite of a thorough search of the website, the footnote "3" cannot be located. On information and belief footnote "3" is some disclaimer or explanation of the advertised "38 MPG HWY". Hyundai's intentional placement of footnote "3" in white on a white background so it cannot be seen when looking at the screen, (but it can be seen when it is printed), coupled with the difficult, if not impossible, to locate text of footnote "3", constitutes the use of "deception...false pretense, false promise, or misrepresentation in connection with a consumer transaction" in violation of VA. Code § 59.1-200 (A)(14).

17.     As a result of Hyundai's and its Virginia dealerships' violations of the Virginia Consumer Protection Act, the Plaintiffs have suffered actual loss. Each of the plaintiffs specifically relied upon Hyundai's and its Virginia dealerships' advertisements to be accurate and truthful. Hyundai Motor America and the defendant Virginia dealerships fully expected, intended, and enticed this reliance. The Virginia Consumer Protection Act provides that if the trier of fact finds that any violation of the Act was willful it may increase damages to an amount not exceeding three times the actual damages sustained or $1,000, whichever is greater. VA. Code §59.1-204(A). The Plaintiffs allege that each and every violation of the Virginia Consumer Protection

Act was willfully executed by Hyundai and the defendant Virginia dealerships for the obvious-purpose of taking advantage of Virginian's desire to save money by using less gasoline and to protect the environment by the release of less carbon dioxide pollution into the atmosphere. Knowing that Virginians would respond positively to spending less money for fuel and causing less damage to the environment, Hyundai and the defendant dealerships willfully violated the Virginia Consumer Protection Act in each way described above, and in other ways as discovery reveals, in a "successful" and highly-profitable effort to increase the sales of its motor vehicles. Defendant Hyundai programmed and installed the on-board mileage calculator to show that the vehicle is getting higher mileage than actually obtained, thereby deceiving and lulling the plaintiffs into believing they were actually obtaining the highway mileage Hyundai and the defendant dealerships advertised and warranted the vehicle would achieve.

18. After perpetrating this scheme Hyundai willfully violated the Virginia Consumer Protection Act by conjuring and fabricating highway mileage "results" and then daring the individual consumer to take legal action against it, at which point Hyundai would use its $84 billion in annual revenue to overwhelm any individual litigant in court. The plaintiffs seek three times the actual damages, a sum which is established for each plaintiff by the Virginia Lemon Law as the refund of the full purchase price, incidental damages, expert witness fees and costs. Only in this way will the clearly expressed public policy of Virginia be fulfilled. Only in this way will the Defendant Hyundai and the defendant dealerships be disgorged of its many millions of dollars in ill-gotten gains and punished for its conduct. Only in this way will other motor vehicle manufacturers and dealerships learn that violations of the Virginia Consumer Protection Act will be dealt with as prescribed by law, thereby deterring any temptation by others to engage in the same or similar conduct.

## COUNT THREE

### VIOLATION OF VA. CODE §18.2-216 PROHIBITING UNTRUE, DECEPTIVE, OR MISLEADING ADVERTISING, INDUCEMENTS, WRITINGS OR DOCUMENTS

19.     The allegations of paragraphs 1 through 18 are expressly incorporated and re-pled herein *en toto*.

20.     VA. Code §18.2-216 broadly prohibits untrue, deceptive, or misleading advertisements to the public with the intent to increase the public's consumption of anything offered for sale by the advertiser. VA. Code §59.1-68.36 provides that any person who suffers loss as the result of a violation of §18.2-216 shall be entitled to bring an individual action to recover damages, or $100, whichever is greater. The actions of Hyundai and its defendant dealerships in Virginia previously described herein are violations of VA. Code §18.2-216 and the Plaintiffs seek damages for each and every violation and attorney fees as a result thereof as provided by VA. Code §59.1-68.3.

WHEREFORE, the plaintiffs move the Court for judgment against Defendant Hyundai and the Defendant dealerships for the full purchase price of the vehicle, including all collateral charges and incidental damages, as provided by the Virginia Motor Vehicle Warranty Enforcement Act, treble damages as provided by the Virginia Consumer Protection Act, statutory damages as provided by Virginia Code §59.1-68.3, plus reasonable attorney's fees in the amount of $350 per hour, or one-third of any amount recovered, whichever is greater, plus expert witness fees, and court costs all provided by law. Trial by jury is requested.

Respectfully submitted,

THE PLAINTIFFS NAMED ABOVE

By: _____
    Of Counsel

James B. Feinman (VSB# 28125)
Andrew D. Finnicum (VSB# 80358)
James B. Feinman & Associates
P.O. Box 697
1003 Church Street. 2nd Floor
Lynchburg, Virginia 24505
(434) 846-7603 (phone)
(434) 846-0158 (fax)
Counsel for Plaintiffs
jb@jfeinman.com
Andrew@jfeinman.com

# JAMES B. FEINMAN

## ATTORNEY AT LAW

JAMES B. FEINMAN, ATTORNEY
ANDREW D. FINNICUM, ATTORNEY

1003 CHURCH STREET, P.O. BOX 697
TELEPHONE (434) 846-7603

LYNCHBURG, VIRGINIA 24505
FAX (434) 846-0158

January 9, 2014

CIRCUIT COURT
Received & Filed
10:14 Am
JAN 1 0 2014

By _____
Deputy Clerk
CITY OF ROANOKE

The Honorable Brenda S. Hamilton
Roanoke City Circuit Court
P.O. Box 2610
315 West Church Avenue
Roanoke, VA 24010

RE: _Jihad Abdul-Mumit, et al v. Hyundai Motor America , Inc., etal_
    *CL14- 68*
Dear Ms. Hamilton:

Please find enclosed an original and three (3) copies of a Complaint that we kindly ask you to file and return one stamped copy to us in the self-addressed stamped envelope provided. At this time we are not requesting service.

Finally, enclosed is my check for $346.00 payable to the "Clerk, Roanoke City Circuit Court" as payment of the filing fee.

Thank you for your consideration and assistance. If you have any questions please contact me.

Sincerely,

James B. Feinman

JBF/jnk
Enc.

{2434 / 000}