IN THE CIRCUIT COURT OF THE CITY OF ROANOKE

| | |
|---|---|
| JIHAD ABDUL-MUMIT,<br>MATTHEW ABEDI,<br>MONICA ADAIR SARGENT,<br>MARK AGEE,<br>ALIZ AGOSTON,<br>YVONNE ALSTON,<br>DAN AMATRUDA,<br>KRISTY AMBROSE,<br>KIMBERLEY AMICK,<br>WANDA G. AMOS,<br>CHRISTOPHER ARAUZA,<br>CARL ARSENAULT,<br>BROOKE ASHER,<br>MICHELLE ATKINS,<br>RAYMOND O. ATKINS,<br>MATTHEW ATWELL, | Case No. CL14-68<br><br>FILED PURSUANT TO VIRGINIA MULTIPLE CLAIMANT LITIGATION ACT VA. CODE § 8.01-267.1 |

DAVID AUB,
SOHA AYYASH,
ASIF AZIZ,
SUSAN BAILEY,
KAREN BAKER,
HAB BAKER, III
TERRY BARNES,
JOSEPH BARTELL,
HARRY L. BARTON,
BENJAMIN BASHAM,
JAMES BASHAM,
MATTHEW BASILONE,
JOHN BAXTER,
JOHN BEASLEY,
TIMM BECHTER,
ELIZABETH BELEVAN,
BARBARA BELL,
JUDY BENDER,
AMINE BERBALE,
JAMES BERLING,
SHARON BISDEE,
WILLIAM BONNER,
WALTER BORDEAUX,
GARY BOYETTE,
TODD BRADBURY,
KAREN BRADBURY,
JOHN BRANCATO,
WILLIAM BREWSTER,
LORI BRODIE,
GLORIA BROOKS,

ELSE BROWN,
MELANIE BROWN,
ANGELA BROWN,
GARY BROWN,
JEANNE BROWN,
SYDNEY BRUMBELOW,
JAN BURFORD,
SARA BURRUSS,
JAMIE BURTON,
JOSEPH CALDARELLI,
JASON CALL,
TODD CARLSON,
HOWARD L. CARPENTER,
CYNTHIA CARTER,
FREDERICK CARTER,
JACKLYN CASSELLE-TUPPONCE,
JARED CASTRO,
REBECCA CATLETT,
SUSAN CAVE,
KIRT CHAPPELLE,
LINDA CHESSEBORO,
ROGER CHESLEY, JR.,
STEVE CHILDRESS,
DAN CHO,
SUNG CHO,
SUNG CHUN,
WILLIAM CLARK,
LINDA CLUNE,
STUART COCHRAN,
CHARLES COCHRANE,

ANGEL COLLINS,
HENRY SHANE COLVIN,
KARRI COLVIN,
CARLY CONNELLY,
ANGIE CONNER,
JEREMY CONRAD,
PHILIP F. CORRAO,
KIMBERLY CRAWFORD,
MARGARET CRITTENDON,
APRIL CROCKER,
WILLIAM CROMER,
JAY CUNNINGHAM,
MARY CURTIS,
ROBERT DANIELS,
DONNA DAVIS,
BOYD DAVIS,
LISA DAVIS,
ROGER DAVIS,
MICHELLE DEBROSSE,
MICHAEL DECANIO,
ALMA DELIA DELEON,
JENNIFER DEMARCO,
ANTHONY DEPAUL, JR.,
GEORGE D. DESPERT, III,
CYNTHIA DEVANE,
RUTH DIAZ,
RON DICKMAN,
SHERI DIXSON,
SONYA DODSON,
JESENIA DOMINGUEZ,
TERRY DONALDSON,
LATAVIA DREW,
ARLENE DREWRY,
CHRISTINA DRUGATZ,
JEFFREY DRUGATZ,
KAREN DUNCAN,
SANDRA K. DUNTON,
JEFF EDDY,
DEBORAH EDGE,
DEBORAH EDGEFIELD,
PAMELA EDWARDS,
KASEY EIKE,
MIRIAH EISENMAN,
FREDERICK EITEL,
SHARON EKSTRAND,
NICOLE ELSESSER,
JOSEPH ELTON,
KAREN EVANS,
MASE FABAR,
FLOYD FALLIN, JR.,
ELIZABETH FARRELL,
MARGIE D. FAULS,
CAITLIN FEELEY,
BARRY FELDMAN,
BRIAN FELDMAN,
WANDA FERGUSON,
JAMES FICKLE,
SHIRLEY FICKLE,
SCOTT FLORA,
THOMAS ROBERT FRANCO,
JOHN FRANKLIN,
JOHN FRANKLIN,
TAMMY FRANKLIN,
ANTHONY FREDERICK,
TRACY FREDERICK,
THOMAS FREEZE,
ADAM FURMAN,
ALICIA FUSCO,
DONNA GADDIS,
GUILLERMO GALARZA,
IVAN GALLOWAY, JR.,
IDA GARNER,
WILLIS M. GARY,
KURT GERGLE,
TARUN GHAI,
ELAINE GIBSON,
HELEN GILLESPIE,
MELODY GILLEY,
TANJA GILMORE,
BRIAN GLAUB,
BARRY GOLDBERG,
SCOTT GOODMAN,
RICHARD GOULD,
TROY L. GRAHAM,
GABRIELA GRAJEDA,
ELIZABETH GRANT,
BRANDI GRAY,
CHRISTIE GRAY,
JANIE GRAY,
VALERIE GRAY,
ADAM GRAYBERG,
AYNDRIA GREEN,

DIANA GRIFFIN,
PAUL J. GROVER,
JESSICA GROVES,
DEDRA GUENO,
CARL GUSSGARD,
ARNOLD GUTMAN,
JULIAN GUTTERMAN,
TESSIE GUTTERMAN,
LISA HAGERTY,
LAUREN HAGY,
CEDON J. HALEY, JR.,
DOROTHY HALPIN,
NANCY N. HAMLETT,
ERESTINE HARDING,
DEBORAH HARE,
AQUISI HARRIS,
KENDALL HARRIS,
MARY HARRIS,
PATRICE A. HARRIS,
BRIANNA HARRISON,
SHARON HARRISON,
SHARON HART,
LEE ANN HARTMANN,
PATRICIA HAUSER,
DEANNA HAVERLY,
LESLIE HEARN,
KATHLEEN HEDRICK,
AMANDA HEINLEIN,
CHARLES HELMS,
ROBERT HENDRICKSON,
STEPHEN HERMAN,
JAMES HERRINGTON,
WILLIAM HESTER, JR.,
DEBBIE HETTERLY,
NANCY HICKMAN,
JEREMY HILLBERRY,
GREG E. HINES,
ROBERT HITE,
BRITTANY HOBAN,
PAM HODGES,
THURMAN HODGES,
CHRISTOPHER HOEHN,
TIMOTHY HOLROYD,
CAROLYN HORCHNER,
JEFFREY HORCHNER,
BETTY HORNICK,
JENNIFER HORNING,
MAJOR M. HORTON,
BITSY HOUSE,
ALYSSA HRONOWSKI,
TEDDY HUDDLESTON,
JERRY HUDSON, SR.,
HUBERT HUGHES,
SHAY HUNTER,
MARK HUSTEAD,
CAROL HUTCHINSON,
NATHEN ILLIDGE,
GEORGE IOANNOU,
FRANCES JACOCKS,
PATRICIA JACOCKS,
JASON JAFFEUX,
SALLY JAMES,
ANN JANSEN,
STACEY JANSEN,
JOYCE JANTO,
WALTER JEFFRIES,
JANICE JENKINS,
RASHEEDAH JOHNSON,
CHELSEA JOHNSON,
TODD JOHNSON,
MONICA JOHNSON,
DERWOOD JOHNSTON,
JOHN JOHNSTONE,
CHRISTINA JONES,
PAMELA JONES,
WILBER B. JONES,
RICHARD JORDAN,
SANDRA JORDAN,
SHERYL JORDAN,
JENNIFER JUSTICE,
KIM KEATING,
CODY KELLY,
TERESA KELLY,
MELANIE KENYON,
JOHN KERR,
SHEA KERSEY,
HANNAH KIGHT,
WILLIAM KIGHT,
MIKYUNG KIM,
CAROLYN S. KINES,
LARRY KING,
SUSAN KING,

VERNON KIRBY,
DIANA KITE,
EDWARD KIZER,
PATSY KIZER,
JOHN A. KNIGHT,
CONNIE KNISELEY,
DONNA KNOELL,
AMANDA KOZAK,
TAMARA KROBERT,
FRANK KULOVITZ,
CARL KURI,
KELLY KUSEK,
VICTOR C. KVIETKUS,
BRENDA LACKEY,
TAMMY LACKEY,
MARY LANG,
MARKUS LANGE,
CATHERINE LANTZ,
GLENN LAVINDER,
CHRISTOPHER LEGENDRE,
BARBARA LEGGETT,
DAVID LEHMAN,
CALVIN LEWIS,
GLORIA LEWIS,
REGINA LEWIS,
DELORES LINDBLOM,
WILLIAM LIPFORD,
ASHLEY LIPPOLIS-AVILES,
MIKE LITTMAN,
BILLY LLEWELLYN,
ROBIN LOVETT,
DAVID W. LOVING,
CYANE LOWDEN,
KEN LU,
JOSHUA LUBECK,
SANDRA LUBECK,
ROBERT R. LUCAS,
PATRICIA LYONS,
WILLIAM LYONS,
ANITA MADISON,
JOHN MALIZIA,
SUZANNE MALIZIA,
THOMAS MALONE,
STANLEY MARCUS,
CHARLES MARTIN,
HEATHER MATSEY,
JAMES MATSEY,
RODNEY MATTHEWS,
SHAWNA MATTOCKS,
MATTHEW MATTRO,
JEFF MAY,
HAROLD MAYHEW, JR.,
SHAWN MAYNOR,
DIANDRA MAYO,
ROBERT MCCARRAHER,
CHRISTINE MACCASLIN,
PENNY MCCENEY,
ROBERT MCCLELLAND,
SUSAN MCCLELLAND,
MICHAEL MCCLENNING,
ROBERT MCCURDY,
JOSEPH MCDANIEL,
SUSAN MCFADDEN,
WILLIAM MCFADDEN,
MARK MCGINLEY,
RICHARD MCGRUDER,
VICTORIA MCGRUDER,
DONALD MCINTIRE,
CAROL MEIGGS,
KAREN MELLER,
CARMEN MERCADO,
SCOTT MEYERS,
CHRISTY MILLER,
DAVID MILLER,
RON MILLER,
MARIA MING LI,
MARY MITCHELL,
TERRIE MITCHELL,
BANKS MITCHUM,
BENJAMIN MOHER,
DAVID MOLINARI,
JUNG MOON,
KAREN MOONEY,
BONNIE MOORE,
MONTE MORGAN,
PHILLIP MORGAN,
WILLIAM MORGAN,
BRYON MOSS,
SUZANNE MOWBRAY,
DAVID MULLIGAN,
MARY MULLIGAN,
NANCY MURRAY,

ROGER MYERS,
PATRICK NANCE,
DENNIS NEGRAN,
PENNIE NEWELL,
GLEN NEWITT,
JACQUI NEWITT,
EDWARD NEWMAN, JR.,
KEVIN NEWSOME,
REVEREDY NICHOLSON,
PATRICIA NICOSIA,
RANDALL NIXON,
KAREN NOLAN,
RYAN NOLETTE,
BRYAN NORDQUIST,
SERGEI NOVITSKY,
JONATHON O'BRIEN,
ADRIAN ODYA-WEIS,
WILLIAM O'FLYNN,
DENNIS OLEARY,
JOHN OLSEN,
KAREN O'NEIL,
TANA RAE OROPEZA,
BRIAN OSBORNE,
CANDACE OWENS,
LYNN PAGE,
TANYA PALIK,
RONA PALMER,
ASHLEY PANNELL,
HARRY PAULETTE,
TANYA PEAKE,
DONNA PEARSON,
RICHARD PEARSON,
JOHN PEDERSEN,
CHRIS PENA
ROY MASON PENNINGTON, III,
NICHOLAS PEREZ,
GREG PERIGARD,
KIM PERKINS,
MARK PERRY,
BRADY PETERS,
KAREN PETERS,
REBECCA PETRELLA,
SUSAN PETRIE,
THOMAS PETIT,
ADRIAN PHILLIPS, JR.,
ANNE PICCIANO,
JOHN PICCIANO,
CARL PIERCE,
SIVATHANU PILLAI,
DEBRA PINES,
CHARLES PINKARD,
LILIA PINSON,
ARLOVE PLUNKETT,
TIMOTHY POHLIG,
DENISE POINDEXTER,
RACHEL POLIQUIN,
MARGARET POMEROY,
DAVID POORE, III,
LAURA POTTER,
KATHY POWERS,
LINDA PRATT,
BERNARD PRESGRAVES,
JASON PRICE,
DENISE PRYOR,
JOSHUA PUCCI,
VICTORIA PUCKETT,
SARA PULLEN,
TONY PULLEY,
CYNTHIA QUATTLEBAUM,
EVA RALSTON,
WILLIAM RALSTON,
HANNAH RAMEY,
JACQUELINE RANDOLPH,
THOMAS RANDOLPH,
MICHAEL RANGER,
BRAD RANSOM,
NANCY RANSOME,
HENRY REQUEJO,
DAVID REYNOLDS,
ROSE RICKER,
DANNY RIDDLE,
ROBIN ROBERT,
JOSHUA ROBERTS,
MARY ROBERTS,
ANNIE ROBINSON,
ANTONIO ROBINSON,
ROCKY ROCKBURN,
DREW ROPER,
TROY ROSIER,
ERIC ROTHMAN,
BRIAN ROWE,
JULIET ROWLAND,

JOHN ROWLEY,
NANCY ROWSEY,
STEPHEN RUBIS,
KYLE RUSSELL,
JENNIFER RYAN,
THOMAS RYDER,
JOSEPH SALAZAR,
RANDALL SAMPLES,
REBECCA SAMUELSON,
THOMAS SANCHEZ,
AARON SANDERS,
ASOK KUMAR SARKAR,
TOM SCARCELLA,
EDWARD SCEARCE,
SHANE SCHLESMAN,
WADE SCHWANKE, JR.,
GWEN SEAL,
AMY SEAY,
BRADLEY SEAY,
CHARLES SELTMAN,
PATTY SENTER,
LYNN SETTLE,
TIM SEYMOUR,
RONALD SHARP,
ERNEST SHARPE,
SHIRLEY SHAW,
STEPHANIE SHELOR,
MICHELLE SHIFFLETT,
SANDRA SHIFFLETT,
JUNE SHORES,
D. SHAWN SHUMAKE,
NINA SIBERT,
ROBERT SILBER,
CHRISTIAN SIMMERS,
MARY SINGHAS,
RANDALL SINGHAS,
AMY SMITH,
DAPHNE HOPE SMITH,
LISA SMITH,
STEPHEN SMITH,
SUZANNE SMITH,
KRISTINE SMOLENS,
HOWARD SNYDER,
WESLEY SONGER,
EMILY SPARKS,
BRIAN SPENCER,
SVETLANA SPENCER,
PATRICIA SPIER,
LORI SPIK,
DEREK ST. ONGE,
RONALD STAFFORD,
JONATHAN STARKS,
MARK STEPHENS,
TERRY STEPP,
SARAH STEVENSON,
ERIC STEWART,
ROXANNE STITH,
TIM STOESSEL,
JEAN STOTLER,
SARA STRAMEL,
LARRY STRAYHORN,
FRANKLIN STURKEY,
BEN SULLENGER,
YOLANDA SULLIVAN,
JOHN SUTOR,
WANDA SUTPHIN,
SHARON SWINBURNE,
STELLA TANG,
ANDREW TAYLOR,
ANN TAYLOR,
DONNA TAYLOR,
JI JI THEKKEVEEDU,
CHRISTOPHER THOME,
MICHAEL THOME,
DAVID THOMPSON,
TOM THOMPSON,
ASHLI THURSTON,
CHRISTOPHER TOKAR,
DION TOMER,
CLIFFORD TRIMBLE,
SERGIO TROMBA,
ADELINE TROTTER,
JAMES TURNER,
JEFFREY TURNER,
OWENS TURNER, JR.,
MARILYN TWINE,
LONNIE URQUHART,
CHERI VALVERDE,
MIKE VAMMINO,
CARRIE VAN HOOK,
KATHERINE VANDENBRIEJE,
MILCA VARGAS,

| | |
|---|---|
| MARY VAUGHAN,<br>ROBENA VAUGHAN,<br>JESSYCA VENICE,<br>KIMBERLY VEST,<br>CAROL VIERGUTZ,<br>MARYANN VILLIES,<br>PATRICE VOSSLER,<br>AMADA WAGONER,<br>STACY WALLER,<br>GARY WALTON,<br>GRETCHEN WARD,<br>KIMBERLY WARD,<br>SHELIA WARD,<br>DANIEL WAXMAN,<br>CHRISTOPHER WEAVER,<br>MARGARET WEBB,<br>LAURA WEISIGER,<br>STEPHANY WHIPPLE,<br>DAVID WHITLEY,<br>SARAH WHITLOCK,<br>DIANE WIEN,<br>ROBERT T. WIENER,<br>CHRISTOPHER WILCHER,<br>MINDY WILLIAMS,<br>VINCENT WILLIAMS,<br>HANNAH WILSON,<br>JUANITA WILSON,<br>RIED WILSON,<br>CHARLES WISER,<br>SHARON WISER,<br>MARK WOEHLER,<br>KENNETH WOMACK,<br>EMILY WONG,<br>GREGORY WOODS,<br>KATHERYN WOOSLEY,<br>JONATHAN WRIGHT,<br>CAROL WRIGHT,<br>CAROL WRIGHT,<br>MARY WRIGHT,<br>THOMAS WRIGHT,<br>TIMOTHY WRIGHT, JR.,<br>LESLIE YAMNICKY,<br>KENNETH YATES,<br>JAMIE YOUNG,<br>SANDRA YOUNG,<br>ROBERT YOUNIE, II, | ATEF ZAYD,<br><br><br>Plaintiffs, |

v.

HYUNDAI MOTOR AMERICA, INC.,
ALEXANDRIA HYUNDA, LLC,
MILLER AUTO SALES, INC.,
CRAFT AUTOMOTIVE, INC.,
BROWN'S LEESBURG HYUNDAI, LLC,
BROWN'S MANASSAS HYUNDAI, LLC,
CHECKERED FLAG IMPORTS, INC.,
CHECKERED FLAG STORE #6, LLC,
DUNCAN IMPORTS, INC.,
FAIRFAX HYUNDAI, INC.,
FIRST TEAM, INC.,
GATEWAY HYUNDAI, INC.,
HALL AUTOMOTIVE GROUP, INC.,
HALL HYUNDAI NEWPORT NEWS, LLC.,
HALL HYUNDAI, LLC.,
HARRISONBURG AUTO MALL, LLC.,
PRICE HYUNDAI CORP.,
MALLOY HYUNDAI,
CAVALIER HYUNDAI, INC.,
POHANKA AUTO CENTER, INC.,
PRIORITY GREENBRIER AUTOMOTIVE, INC.,
PRIORITY IMPORTS NEWPORT NEWS, INC.,
TYSINGER MOTOR COMPANY, INC.,
WBM, INC. d/b/a WEST BROAD HYUNDAI,
JAMES CITY COUNTY ASSOCIATES, INC.,
ROBERT WOODALL CHEVROLET, INC.,
WRIGHT WAY AUTOMOTIVE, INC.,

                                  Defendants.

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that a notice of removal of this action was filed in the U.S. District Court for the Western District of Virginia on February 3, 2014. A true and correct copy of said notice of removal is attached as Exhibit A (Exhibits 3 and 4 to the federal court removal papers, which are the filings to date and instant notice of removal, are omitted for the Court's convenience, but will be provided upon request). Pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Dated: February 3, 2014

Respectfully submitted,

_____
James F. Neale, Esq.
State Bar Number 43060
McGuireWoods LLP
310 Fourth Street N.E.
Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com
Attorney for Defendant Hyundai Motor America

## CERTIFICATE OF SERVICE

I certify that on February 3, 2014, I served the foregoing instrument via First Class, U.S. Mail on the following counsel:

James F. Neale, Esq.
State Bar Number 43060
McGuireWoods LLP
310 Fourth Street N.E.
Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com
Attorney for Defendant Hyundai Motor America

Shon Morgan
(To Apply *Pro Hac Vice*)
Joseph R. Ashby
(To Apply *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
shonmorgan@quinnemanuel.com
josephashby@quinnemanuel.com
Attorney for Defendant Hyundai Motor America

Karin Kramer
(To Apply *Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
karinkramer@quinnemanuel.com
Attorney for Defendant Hyundai Motor America

I further certify that on February 3, 2014, the Notice of Removal was served by First Class Mail on the following parties:

>James B. Feinman
>Attorney for Plaintiffs
>James B. Feinman & Associates
>P.O. Box. 697
>1003 Church Street, 2nd Floor
>Lynchburg, Virginia 24505
>Telephone: (434) 846-7603
>Facsimile: (434) 846-0158
>jb@jfeinman.com
>Attorney for Plaintiffs

>Gary Lonergan
>115 Oronoco Street
>Alexandria, VA 22314
>Registered Agent for Defendant Alexandria Hyundai, LLC

>Richard V.W. Adams, III
>1925 Isaac Newton Square #250
>Reston, VA 20190
>Registered Agent for Defendant Browns Leesburg Hyundai, LLC

>Richard V.W. Adams, III
>1925 Isaac Newton Square #250
>Reston, VA 20190
>Registered Agent for Defendant Brown's Manassas Hyundai, LLC

>Donna Wooten
>9530 Midlothian Turnpike
>Richmond, VA 23235
>Registered Agent for Defendant Cavalier Hyundai, Inc.

>Morris H. Fine
>2101 Parks Avenue, Suite 601
>The Pavilion Center
>Virginia Beach, VA 23451
>Registered Agent for Defendant Checkered Flag Imports, Inc.

>Morris H. Fine
>2101 Parks Avenue, Suite 601
>The Pavilion Center
>Virginia Beach, VA 23451
>Registered Agent for Defendant Checkered Flag Store, #6, LLC

Billy P. Craft
3914 Old Forest Road
Lynchburg, VA 24501
Registered Agent for Defendant Craft Automotive, Inc.

Dennis A. Barbour
4415 Electric Road
Roanoke, VA 24018
Registered Agent for Defendant Duncan Imports, Inc.

Gary W. Lonergan
11 5 Oronoco Street
Alexandria, VA 22314
Registered Agent for Defendant Fairfax Hyundai, Inc.

Brian Purcell
Wilcox & Savage, PC
222 Central Park Avenue, Suite 1500
Virginia Beach, VA 23462
Registered Agent for Defendant First Team, Inc.

Carolyn Kyger
100 Myers Drive
Charlottesville, VA 22906
Registered Agent for Gateway Hyundai, Inc.

Kishon Ansley Clayborne
3203 Dogwood Drive
Portsmouth, VA 23703
Registered Agent for Defendant Hall Automotive Group, Inc.

Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219
Registered Agent for Defendant Hall Hyundai Newport News, LLC

Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219
Registered Agent for Defendant Hall Hyundai, LLC

Mark B. Callahan
92 N. Liberty Street

Harrisonburg, VA 22802
Registered Agent for Defendant Harrisonburg Auto Mall, LLC.

John E. Dodson
7101 Richmond Road
Williamsburg, VA 23188
Registered Agent for Defendant James City County Associates, Inc.

G. Donald Markle, Esq.
4010 University Drive, Suite 200
Fairfax, VA 22030
Registered Agent for Defendant Malloy Hyundai

John W. Truban
103 N. Braddock Street
Winchester, VA 22601
Registered Agent for Defendant Miller Auto Sales, Inc.

Robert McKew
13909 Lee Jackson Memorial Highway
Chantilly, VA 20151
Registered Agent for Defendant Pohanka Auto Center, Inc.

J. Page Williams
Feil Pettit et al
530 Eat Main Street
Charlottesville, VA 22902
Registered Agent for Defendant Price Hyundai Corp.

Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320
Registered Agent for Defendant Priority Greenbrier Automotive, Inc.

Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320
Registered Agent for Defendant Priority Imports Newport News, Inc.

Bryan Grimes Williams Creasy
Johnson Ayers et al.
1st Campbell Square, Suite 300
210 1st Street, SW
Roanoke, VA 24009
Registered Agent for Defendant Robert Woodall Chevrolet, Inc.

Gregory S. Larsen
109A Wimbledon Square
Chesapeake, VA 23320
Registered Agent for Defendant Tysinger Motor Company, Inc.

Glenn R. Moore
5600 Grove Avenue
Richmond, VA 23226
Registered Agent for Defendant WMB, Inc.

James M. Bowling, IV
416 Park Street
Charlottesville, VA 22902
Registered Agent for Defendant Wright Way Automotive, Inc.

_/s/ James F. Neale_

James F. Neale, Esquire
Virginia State Bar Number 43060
Attorney for Defendant Hyundai Motor America
McGuireWoods LLP
310 Fourth Street N.E.
Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 977-2582
Facsimile: (434) 980-2263
jneale@mcguirewoods.com

54072515_1.DOC