IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JIHAD ABDUL-MUMIT, et. al., | ) |
| Plaintiffs | ) ) ) ) ) |
| v. | ) ) ) |
| HYUNDAI MOTOR AMERICA, INC., et. al., | ) ) ) |
| Defendants. | ) |

Case No: 3:14-cv-00005

## NOTICE OF FILINGS IN MDL 2424

Come now the Plaintiffs to apprise and inform this Court of important transactions in the above-captioned matter involving the Judicial Panel on Multidistrict Litigation. The Plaintiffs make this filing pursuant to their ongoing efforts to bring full light and disclosure to these proceedings. Therefore, the Plaintiffs attach as Exhibit 1 a Notice of Potential Tag-Along filed by Defendant Hyundai Motor America, Inc, and attach as Exhibit 2 the Plaintiffs' Motion to Quash establishing that Defendants' filing was wholly outside the bounds of the law.

Respectfully Submitted,

By: __s/ James B. Feinman__
Of Counsel

James B. Feinman (VSB# 28125)
Andrew D. Finnicum (VSB# 80358)
James B. Feinman & Associates
P.O. Box 697
1003 Church Street. 2nd Floor
Lynchburg, Virginia 24505
(434) 846-7603 (phone)
(434) 846-0158 (fax)
Counsel for Plaintiff
jb@jfeinman.com

{2434 / 000}

## CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2014, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system. I hereby also certify that on February 7, 2014 a true and correct copy of the above Notice was served by email and/or mail upon the following counsel of record for this action:

James F. Neale
jneale@mcguirewoods.com
McGuireWoods LLP
310 Fourth Street N.E., Suite 300
Charlottesville, Virginia 22902
Co-Counsel for Defendant Hyundai Motor America in Abdul-Mumit, et al. v. Hyundai Motor America, Inc., Western District of Virginia Case No. 3:14-cv-00005-NKM

Gary Lonergan
115 Oronoco Street
Alexandria, VA 22314
Registered Agent for Defendant Alexandria Hyundai, LLC

Richard V.W. Adams, III
1925 Isaac Newton Square #250
Reston, VA 20190
Registered Agent for Defendant Browns Leesburg Hyundai, LLC

Richard V.W. Adams, III
1925 Isaac Newton Square #250
Reston, VA 20190
Registered Agent for Defendant Brown's Manassas Hyundai, LLC

Donna Wooten
9530 Midlothian Turnpike
Richmond, VA 23235
Registered Agent for Defendant Cavalier Hyundai, Inc.

Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451
Registered Agent for Defendant Checkered Flag Imports, Inc.

{2434 / 000}

Morris H. Fine
2101 Parks Avenue, Suite 601
The Pavilion Center
Virginia Beach, VA 23451
Registered Agent for Defendant Checkered Flag Store, #6, LLC

Billy P. Craft
3914 Old Forest Road
Lynchburg, VA 24501
Registered Agent for Defendant Craft Automotive, Inc.

Dennis A. Barbour
4415 Electric Road
Roanoke, VA 24018
Registered Agent for Defendant Duncan Imports, Inc.

Gary W. Lonergan
11 5 Oronoco Street
Alexandria, VA 22314
Registered Agent for Defendant Fairfax Hyundai, Inc.

Brian Purcell
Wilcox & Savage, PC
222 Central Park Avenue, Suite 1500
Virginia Beach, VA 23462
Registered Agent for Defendant First Team, Inc.

Carolyn Kyger
100 Myers Drive
Charlottesville, VA 22906
Registered Agent for Gateway Hyundai, Inc.

Kishon Ansley Clayborne
3203 Dogwood Drive
Portsmouth, VA 23703
Registered Agent for Defendant Hall Automotive Group, Inc.

{2434 / 000}

Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219
Registered Agent for Defendant Hall Hyundai Newport News, LLC

Corporation Service Co.
Bank of America Center, 16th Floor
1111 E. Main Street
Richmond, VA 23219
Registered Agent for Defendant Hall Hyundai, LLC

Mark B. Callahan
92 N. Liberty Street
Harrisonburg, VA 22802
Registered Agent for Defendant Harrisonburg Auto Mall, LLC

John E. Dodson
7101 Richmond Road
Williamsburg, VA 23188
Registered Agent for Defendant James City County Associates, Inc.

G. Donald Markle, Esq.
4010 University Drive, Suite 200
Fairfax, VA 22030
Registered Agent for Defendant Malloy Hyundai

John W. Truban
103 N. Braddock Street
Winchester, VA 22601
Registered Agent for Defendant Miller Auto Sales, Inc.

Robert McKew
13909 Lee Jackson Memorial Highway
Chantilly, VA 20151
Registered Agent for Defendant Pohanka Auto Center, Inc.

{2434 / 000}

J. Page Williams
Feil Pettit et al
530 Eat Main Street
Charlottesville, VA 22902
Registered Agent for Defendant Price Hyundai Corp.

Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320
Registered Agent for Defendant Priority Greenbrier Automotive, Inc.

Stacy Cummings, Jr.
1495 S. Military Highway
Chesapeake, VA 23320
Registered Agent for Defendant Priority Imports Newport News, Inc.

Bryan Grimes Williams Creasy
Johnson Ayers et al.
1st Campbell Square, Suite 300
210 1st Street, SW
Roanoke, VA 24009
Registered Agent for Defendant Robert Woodall Chevrolet, Inc.

Gregory S. Larsen
109A Wimbledon Square
Chesapeake, VA 23320
Registered Agent for Defendant Tysinger Motor Company, Inc.

Glenn R. Moore
5600 Grove Avenue
Richmond, VA 23226
Registered Agent for Defendant WMB, Inc.

James M. Bowling, IV
416 Park Street
Charlottesville, VA 22902
Registered Agent for Defendant Wright Way Automotive, Inc.

{2434 / 000}

Shon Morgan
shonmorgan@quinnemanuel.com
Joseph R. Ashby
josephashby@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Karin Kramer
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700
Attorneys for Defendant Hyundai Motor America

{2434 / 000}